IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF MARK A. HILLER** |

    Mark A. Hiller, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel, along with Julian H. Wright, Jr. and Brendan P. Biffany, on behalf of Defendant Research Triangle Institute d/b/a RTI International in this action. Please direct all future filings, correspondence, and other contacts regarding this case to Mr. Hiller through the Court's electronic filing system or the address below.

    This 3rd day of July, 2025.

    /s/ Mark A. Hiller
    Mark A. Hiller
    N.C. Bar No. 50004
    mhiller@robinsonbradshaw.com

Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@robinsonbradshaw.com
Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

Robinson, Bradshaw & Hinson, P.A.
600 S. Tryon St., Ste. 2300
Charlotte, North Carolina 28202
Telephone: 704.377.2536

*Attorneys for Defendant*