# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), Local Civil Rule 6.1, and Standing Order No. 40, and with Plaintiff's consent, Defendant Research Triangle Institute d/b/a RTI International ("RTI") respectfully moves the Court for a twenty-one (21) day extension, through and including August 4, 2025, to respond to Plaintiff's Class Action Complaint. In support of this Motion, RTI states:

1. Plaintiff filed the Class Action Complaint (the "Complaint") on June 17, 2025.

2. RTI was served with the Complaint on June 23, 2025. The current deadline to respond to the Complaint is July 14, 2025. Thus, the time in which RTI must answer or otherwise respond to the Complaint has not expired.

3. RTI recently engaged the undersigned law firm to represent it in this litigation. RTI and its counsel need additional time to review the allegations in the Complaint and prepare an appropriate response.

4. For these reasons, good cause exists to allow RTI an additional twenty-one (21) days to respond to the Complaint, through and including August 4, 2025.

5. The undersigned has conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff consent to the extension requested in this Motion.

WHEREFORE, RTI respectfully requests that the Court enter an order extending the time in which it must answer or otherwise respond to the Complaint by twenty-one (21) days, through and including August 4, 2025.

This 3rd day of July, 2025.

/s/ Mark A. Hiller
Mark A. Hiller
N.C. Bar No. 50004
mhiller@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@robinsonbradshaw.com
Brendan P. Biffany

N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Ste. 2300
Charlotte, North Carolina  28202
Telephone:  704.377.2536

*Attorneys for Defendant*