IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB,<br>individually and on behalf of those similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>   Defendant. | **ORDER** |

This matter is before the Court on Defendant Research Triangle Institute d/b/a RTI International's ("RTI") Consent Motion for Extension of Time to Respond to Class Action Complaint.

FOR GOOD CAUSE SHOWN, the time in which RTI may respond to the Class Action Complaint is extended by twenty-one days, up to and including August 4, 2025.

This ___ day of July, 2025.

                _____
                Clerk of Court
                U.S. District Court for the
                Middle District of North Carolina