MDNC (4/3/2024)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Philip Schwab, individually and on behalf of those similarly situated, )
)
    Plaintiff(s), )
)
v. )   **Case No.:** 1:25-cv-00481-UA-JEP
)
Research Triangle Institute d/b/a RTI International, )
)
    Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Research Triangle Institute__ who is __Defendant__,
(Name of Party)          (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (✔) No

2. Does party have any parent entities?

    ( ) Yes          (✔) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
_____
_____

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes  (✔) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes  (✔) No

   If yes, identify all such owners: _____
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes  (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of  N/A  and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   _____  _____
   (name of member or partner)  (state of citizenship)

   _____  _____
   (name of member or partner)  (state of citizenship)

   _____  _____
   (name of member or partner)  (state of citizenship)

   _____  _____
   (name of member or partner)  (state of citizenship)

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| /s/ Mark A. Hiller | July 3, 2025 |
|---|---|
| (Signature) | (Date) |