IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB,<br>individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF BRENDAN P. BIFFANY** |

  Brendan P. Biffany, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel, along with Julian H. Wright, Jr. and Mark A. Hiller, on behalf of Defendant Research Triangle Institute d/b/a RTI International in this action. Please direct all future filings, correspondence, and other contacts regarding this case to Mr. Biffany through the Court's electronic filing system or the address below.

  This 3rd day of July, 2025.

              /s/ Brendan P. Biffany
              Julian H. Wright, Jr.
              N.C. Bar No. 19345
              jwright@robinsonbradshaw.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

R‌OBINSON, B‌RADSHAW & H‌INSON, P.A.
600 S. Tryon St., Ste. 2300
Charlotte, North Carolina  28202
Telephone:  704.377.2536

Mark A. Hiller
N.C. Bar No. 50004
mhiller@robinsonbradshaw.com

R‌OBINSON, B‌RADSHAW & H‌INSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

*Attorneys for Defendant*