UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>　　　　　Defendant. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OR STRIKE CLASS ACTION ALLEGATIONS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 6.1 and 7.3, Defendant Research Triangle Institute d/b/a RTI International ("RTI" or "Defendant") respectfully moves the Court for an eight-day extension, through and including September 16, 2025, to file its Reply Brief in Support of Defendant's Motion to Dismiss or Strike Class Action Allegations ("Motion to Dismiss"). In support of this Motion, RTI states:

　　　　1.　　RTI filed its Motion to Dismiss (ECF 8) on August 4, 2025. Plaintiff filed his Response to RTI's Motion to Dismiss (ECF 10) on August 25, 2025.

　　　　2.　　The current deadline for RTI to file its Reply Brief in Support of Defendant's Motion to Dismiss is September 8, 2025. Thus, the time in which

RTI must file its Reply Brief has not expired.

3. Because of the upcoming Labor Day holiday and competing work demands, counsel for RTI needs additional time to prepare an appropriate Reply Brief.

4. For these reasons, good cause exists to allow RTI an additional eight days to file its Reply Brief, up to and including September 16, 2025.

5. The undersigned has conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff does not oppose the extension requested in this Motion.

WHEREFORE, RTI respectfully requests that the Court enter an order extending the time in which RTI must file its Reply Brief in Support of Defendant's Motion to Dismiss by eight (8) days, through and including September 16, 2025.

This 26th day of August, 2025.

/s/ Mark A. Hiller
Mark A. Hiller
N.C. Bar No. 50004
mhiller@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345

jwright@robinsonbradshaw.com
Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Ste. 2300
Charlotte, North Carolina  28202
Telephone:  704.377.2536

*Attorneys for Defendant*