UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00481-UA-JEP

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL, <br><br> Defendant. | **ORDER** |

This matter is before the Court on Defendant Research Triangle Institute d/b/a RTI International's ("RTI") Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss or Strike Class Action Allegations.

FOR GOOD CAUSE SHOWN, the time in which RTI may file its Reply Brief in Support of Defendant's Motion to Dismiss or Strike Class Action Allegations is extended by eight days, up to and including September 16, 2025.

This ___ day of August, 2025.

_____
Clerk of Court
U.S. District Court for the
Middle District of North Carolina