UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RESEARCH TRIANGLE INSTITUTE doing business as RTI INTERNATIONAL., | **NOTICE OF SPECIAL APPEARANCE**<br><br>Civil Action No. 1:25-cv-481-AU- JEP |

    PLEASE TAKE NOTICE that Michael Tackeff of the firm of Stranch, Jennings & Garvey, PLLC hereby enters a notice of special appearance as counsel for Plaintiff Philip Schwab in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Troy D. Shelton.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

    Respectfully submitted, this the 16th day of September, 2025.

(<i>signature page to follow</i>)

/s/ Michael Tackeff
Michael Tackeff
TN Bar No. 036953
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37203
Telephone (615) 254-8801
Fax (615) 255-5419
Email mtackeff@stranchlaw.com

*Counsel for Plaintiff Philip Schwab*


/s/ Troy D. Shelton
Troy D. Shelton
N.C. Bar No. 48070
DOWLING PLLC
3801 Lake Boone Trail
Raleigh, NC 27606
Tel: (919) 529-3351
tshelton@dowlingfirm.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff Philip Schwab*