IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILIP SCHWAB, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>RESEARCH TRIANGLE INSTITUTE, )<br>d/b/a RTI INTERNATIONAL, )<br>)<br>　　　　Defendant. ) | NOTICE<br>Case Number: 1:25CV481 |

The Magistrate Judge's Opinion and Recommendation in the above-entitled action has been filed and entered upon the docket in this case. Pursuant to Fed. R. Civ. P. 72(b), 6(a), and 6(d), objections to the Magistrate Judge's Recommendation in this case must be filed and served by Tuesday, March 24, 2026, for those parties who receive this notice via CM/ECF and Friday, March 27, 2026, for those parties who receive this notice via postal mail.

> Rule 72(b), Fed. R. Civ. P. provides in pertinent part: (b) Dispositive Motions and Prisoner Petitions.
> ***
> Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy. Unless the district judge orders otherwise, the objecting party must promptly arrange for transcribing the record, or whatever portion of it the parties agree to, or the magistrate judge considered sufficient.

You are hereby notified that unless written objections to the Magistrate Judge's Opinion and Recommendation are served and filed as provided in the federal rules, the District Judge shall enter an appropriate order or judgment but need not make a de novo review of the Magistrate Judge's Opinion and Recommendation. Therefore, if you fail to serve and file objections within the time limitation provided by the rules, as computed in this notice, you may waive your right to question on appeal the substance of the Opinion and Recommendation of the Magistrate Judge accepted by the District Judge.

If you are a CM/ECF participant in the above-captioned case, you have been served with the Magistrate Judge's Opinion and Recommendation by a Notice of Electronic Filing. Non-CM/ECF participants have been mailed a copy of this Notice and the related Magistrate Judge's Opinion Recommendation on 3/10/2026. For a listing of parties served, refer to this document's Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　　Lawrence H. Cunningham, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie L. Sheets, Deputy Clerk