# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:25-cv-00481-LAF-JEP

PHILIP SCHWAB,
individually and on behalf of those
similarly situated,

        Plaintiff,

    v.

RESEARCH TRIANGLE INSTITUTE
d/b/a RTI INTERNATIONAL,

        Defendant.

**DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S
AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Research Triangle Institute d/b/a RTI International ("RTI") respectfully moves the Court to dismiss Plaintiff Philip Schwab's amended complaint with prejudice. In support of this motion, RTI respectfully shows the Court the following:

1.    Plaintiff Philip Schwab filed his original complaint on June 17, 2025, putatively asserting a single cause of action under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq.* (the "WARN Act") on behalf of himself and a putative class of former RTI employees. (ECF No. 1.) RTI moved to dismiss the complaint. (ECF No. 8.)

2.    On March 10, 2026, the Court entered an Opinion and

Recommendation of United States Magistrate Judge recommending that Schwab's complaint be dismissed for failure to state a claim. (ECF No. 16.) Magistrate Judge Peake recommended that RTI's motion to dismiss be granted without prejudice and allowed Schwab the opportunity to file an amended complaint. (*Id.*)

3. Schwab filed an amended complaint on March 24, 2026. (ECF No. 18.) Like the original complaint, the amended complaint should be dismissed for failure to state a claim upon which relief can be granted for violation of the WARN Act. This is so because the amended complaint fails to allege facts plausibly establishing that RTI conducted a "plant closing" or "mass layoff" at a "single site of employment," which is necessary to state a WARN Act claim.

4. Because Schwab has, for the second time, failed to allege facts plausibly establishing a WARN Act claim, the Court should dismiss the amended complaint with prejudice.

5. Counsel for RTI conferred with counsel for Schwab via teleconference on April 15, 2026 regarding this motion to dismiss to determine whether there are issues that could be resolved or narrowed by the filing of an amended complaint. The parties could not come to an agreement regarding whether any such issues could be resolved or narrowed through a further amended complaint.

6.      In further support of this motion, RTI files concurrently a Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

**WHEREFORE**, for the reasons set forth above and in RTI's accompanying memorandum, RTI respectfully requests that the Court grant its motion to dismiss, dismiss Plaintiff's amended complaint with prejudice, and award RTI any other relief that the Court deems just and proper.

This 23rd day of April, 2026.

/s/ Mark A. Hiller
Mark A. Hiller
N.C. Bar No. 50004
mhiller@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@robinsonbradshaw.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

*Attorneys for Defendant*

3