# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
## Civil Action No.: 1:25-cv-00481-LAF-JEP

PHILIP SCHWAB,
individually and on behalf of those
similarly situated,

        Plaintiff,

    v.

RESEARCH TRIANGLE INSTITUTE
d/b/a RTI INTERNATIONAL,

        Defendant.

**DEFENDANT'S MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 6.1, Defendant Research Triangle Institute d/b/a RTI International ("RTI") respectfully moves the Court to continue the Initial Pretrial Conference currently set for May 21, 2026, until the Court issues an Opinion and Recommendation on RTI's motion to dismiss Plaintiff's amended complaint. In support of this motion, RTI respectfully shows the Court the following:

1. Plaintiff Philip Schwab filed his original complaint on June 17, 2025, attempting to allege a single cause of action under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq*. (the "WARN Act") on behalf of himself and a putative class of former RTI employees. (ECF No. 1.) RTI moved to dismiss the complaint. (ECF No. 8.)

2. On March 10, 2026, the Court entered an Opinion and Recommendation of United States Magistrate Judge recommending that Plaintiff's complaint be dismissed for failure to state a claim. (ECF No. 16.)

3. Magistrate Judge Peake recommended that RTI's motion to dismiss be granted without prejudice and allowed Plaintiff the opportunity to file an amended complaint. (*Id.*) Plaintiff filed an amended complaint on March 24, 2026. (ECF No. 18.)

4. Because Plaintiff's amended complaint remains deficient, on April 23, 2026, RTI moved to dismiss the amended complaint for failure to state a claim upon which relief can be granted. (ECF No. 19.) As RTI explains in its motion and accompanying brief, Plaintiff's amended complaint fails to allege facts plausibly establishing that RTI conducted a "plant closing" or "mass layoff" at a "single site of employment," which is necessary to state a WARN Act claim. (*Id.*) In addition, because Plaintiff has already amended his complaint, RTI's motion urges the Court to dismiss the amended complaint with prejudice.

5. After Plaintiff filed his amended complaint but before RTI filed its renewed motion to dismiss, the Court set this case for an Initial Pretrial Conference on May 21, 2026 in Winston-Salem. (*See* Text Order Dated 4/6/26.)

6.     Good cause exists to continue the Initial Pretrial Conference until after the Court issues an Opinion and Recommendation on RTI's renewed motion to dismiss. RTI's motion, if granted, would dispose of Plaintiff's entire case and render any time and expense spent on case management planning unnecessary. Party and judicial economy, therefore, support waiting to schedule the Initial Pretrial Conference until after the Court has an opportunity to assess whether Plaintiff has stated a viable cause of action. Furthermore, Plaintiff will suffer no prejudice from a short postponement of case management planning while the Court considers RTI's motion and would in fact benefit by not incurring potentially unnecessary expense.

7.     Counsel for RTI conferred with counsel for Plaintiff regarding the relief sought in this motion. Plaintiff's counsel informed the undersigned that Plaintiff does not consent to this motion.

**WHEREFORE**, for the reasons set forth above, RTI respectfully requests that the Court continue the Initial Pretrial Conference until after the Court issues an Opinion and Recommendation on RTI's motion to dismiss Plaintiff's amended complaint, and award RTI any other relief that the Court deems just and proper.

3

This 28th day of April, 2026.

/s/ Mark A. Hiller

Mark A. Hiller
N.C. Bar No. 50004
mhiller@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@robinsonbradshaw.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

*Attorneys for Defendant*

4