# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:25-cv-00481-LAF-JEP

PHILIP SCHWAB,
individually and on behalf of those
similarly situated,

        Plaintiff,

    v.

RESEARCH TRIANGLE INSTITUTE
d/b/a RTI INTERNATIONAL,

        Defendant.

**ORDER**

This matter is before the Court on Defendant Research Triangle Institute d/b/a RTI International's ("RTI") Motion to Continue Initial Pretrial Conference.

FOR GOOD CAUSE SHOWN, the Court continues the Initial Pretrial Conference until after the Court issues an Opinion and Recommendation on RTI's motion to dismiss Plaintiff's amended complaint. The Court will set a new date for an Initial Pretrial Conference at that time.

This \_\_\_ day of April, 2026.

_____
Joi Elizabeth Peake
United States Magistrate Judge