# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:25-cv-00481

PHILIP SCHWAB,
individually and on behalf of those similarly
situated,

      Plaintiff,

   v.

RESEARCH TRIANGLE INSTITUTE
d/b/a RTI INTERNATIONAL,

      Defendant.

**ORDER**

This matter is before the Court on Defendant Research Triangle Institute d/b/a RTI International's ("RTI") Motion to Continue Initial Pretrial Conference. However, by text order on April 6, 2026, the Court ordered that the case be set for Initial Pretrial Conference while the renewed Motion to Dismiss was being briefed. Having reviewed the pending motions, the Court concludes that there is no reason to delay discovery. Therefore, the Motion to Continue the Pretrial Conference will be denied.

IT IS THEREFORE ORDERED that the Motion to Continue Initial Pretrial Conference [Doc. #21] is DENIED.

This 4th day of May, 2026.

                              Joi Elizabeth Peake
                    United States Magistrate Judge