**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:25-cv-00481-LAF-JEP**

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>Defendant. | |

**REPORT FOR THE FILING OF SEALED DOCUMENTS**
**PURSUANT TO LOCAL RULE 5.5**

[_x_] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

[__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

[_x_] Default: The Parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c) for motions to file documents under seal. In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference

1

has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[__] Alternative Proposal for Cases with Many Confidential Documents: In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

[ ] Other relevant information: _____

This the 15th day of May, 2026.

/s/ Troy D. Shelton

J. Gerard Stranch, IV
Michael C. Tackeff

STRANCH, JENNINGS, & GARVEY, PLLC
223 Rosa Parks Ave., Suite 200
Nashville, Tennessee 37203
Phone: 615.254.8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

Troy D. Shelton
N.C. Bar No. 48070
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Phone: 919.529.3351
tshelton@dowlingfirm.com

Lynn A. Toops*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: 317.636.6481
ltoops@cohenmalad.com

/s/ Mark A. Hiller

Mark A. Hiller
N.C. Bar No. 50004
mhiller@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@rbh.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

*Attorneys for Defendant*

2

Samuel J. Strauss*
Raina C. Borrelli*
STRAUSS BORRELLI, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Phone: 608.237.1775

*Special Appearance Forthcoming*

*Attorney for Plaintiff*

3