**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION No. 1:25-cv-00481-LAF-FEP**

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL, <br><br> Defendant. | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned, Craig D. Schauer, an attorney admitted to practice in this Court, and hereby gives notice of appearance as local counsel for Plaintiff Philip Schwab, individually and on behalf of those similarly situated.

This, the 20th day of May, 2026.

/s/ Craig D. Schauer
Craig D. Schauer
N.C. State Bar No. 41571
**DOWLING PLLC**
3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
cschauer@dowlingfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, the foregoing document was filed with the Clerk of the Court via the Court's CM/ECF system, which will serve on all counsel of record.

Respectfully submitted,

/s/ Craig D. Schauer
Craig D. Schauer