UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

PHILIP SCHWAB,                        )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )      Case No. 1:25CV481
                                      )
RESEARCH TRIANGLE INSTITUTE,          )
d/b/a RTI International,              )
                                      )
         Defendant.                   )

ORDER

This matter came before the Court on May 21, 2026, for an initial pretrial conference. The Court adopts the Parties' Rule 26(f) Reports as modified at the pretrial conference and as set out herein.

As discussed at the pretrial conference, the Court declines to delay discovery while the Motion to Dismiss is pending, for the reasons discussed during the hearing. In particular, the Court noted that the evolving legal issues raised in the Motion to Dismiss regarding the site-of-employment determination may require development of the record and conversion to a motion for summary judgment. In addition, those issues overlap with the class certification issues, which also require a period of discovery. Therefore, the Could will allow a short, limited period of discovery to proceed. However, in order to address the concerns raised by Defendant regarding the burdens of discovery, the Court will adopt Defendant's alternative proposal, and discovery in this case will proceed in two phases. In Phase I, discovery will proceed only as to class certification issues and the site-of-employment issues regarding

Plaintiff Schwab.  Phase I of discovery begins upon entry of this Order.  Initial disclosures for Phase I will be due June 4, 2026.  During this phase, each Party may serve up to 10 interrogatories, 10 requests for admission, and 20 requests for the production of documents.  In addition, each Party may take up to four depositions.  The deadline for expert reports under Rule 26(a)(2)(B) and expert disclosures under Rule 26(a)(2)(C) will be August 3, 2026 for issues related to class certification and the site-of-employment determination, with rebuttals due August 17, 2026, and with another opportunity for experts on any issues if the case proceeds to Phase II.

The Court will require mediation during Phase I to be conducted by August 31, 2026.  If the Parties do not file a notice by June 4, 2026, identifying an agreed-upon mediator, the Clerk's Office shall appoint a mediator pursuant to LR 83.9d(b).

Phase I will close on August 31, 2026.  Any Motion for Class Certification and any Motion for Summary Judgment regarding the site-of-employment issues will be due October 1, 2026.  Responses will be due November 2, 2026, and Replies will be due November 16, 2026.  As noted at the pretrial conference, the filing of a dispositive motion at the end of Phase I will not preclude Defendant from filing another dispositive motion after the close of Phase II discovery.

Within 14 days after the Court rules on any Motion for Class Certification and Motion for Summary Judgment, if Plaintiff's claim is proceeding, the Parties shall file a supplemental Rule 26(f) Report regarding Phase II discovery.  This case has been placed on the Exceptional track for discovery, but Phase I discovery will count towards the overall discovery limits in this case.

The Court has set this matter for a status conference on <u>July 23, 2026, at 9:30 a.m.</u> in Winston-Salem, to ensure that discovery stays on track. The Parties shall file a joint status report by <u>July 16, 2026</u>.

IT IS THEREFORE ORDERED that the Court modifies the Parties' Rule 26(f) Reports [Doc. #25, #26] as set out herein with a deadline of August 31, 2026, for the close of Phase I discovery, and a deadline of August 31, 2026, for mediation. If the Parties do not notify the Court of their selection of a mediator by June 4, 2026, the Clerk's Office will select a mediator.

IT IS FURTHER ORDERED that Plaintiff's Motion for Class Certification and Defendant's Motion for Summary Judgment on site-of-employment issues will be due on October 1, 2026, with responses due on November 2, 2026, and replies due of November 16, 2026. The Parties must file a Supplemental Rule 26(f) Report regarding Phase II of discovery within 14 days after a ruling on the Motion for Class Certification and Motion for Discovery.

IT IS FURTHER ORDERED that the Court ADOPTS the Parties' Local Rule 5.5 Report [Doc. #27].

IT IS FURTHER ORDERED that this case is set for a status conference on July 23, 2026, at 9:30 a.m. The Parties shall file a Joint Status Report by July 16, 2026.

This, the 26th day of May 2026.

_____
Joi Elizabeth Peake
United States Magistrate Judge

3