**PHILIP SCHWAB**, individually and
on behalf of those similarly situated,

        Plaintiff,

v.

**RESEARCH TRIANGLE INSTITUTE
d/b/a RTI INTERNATIONAL**,

        Defendant.

**NOTICE OF DESIGNATION OF
MEDIATOR**

Plaintiff Philip Schwab and Defendant Research Triangle Institute hereby designate

the following mediator in this case:

> Steve Dunn
> Miles Mediation & Arbitration
> 6101 Carnegie Boulevard, Suite 450
> Charlotte, North Carolina 28209
> Telephone: 704-608-6063
> sdunn@milesadr.com

A copy of this pleading will be served on Mr. Dunn by email.

This the 4th day of June, 2026.

| | |
|---|---|
| */s/ Michael C. Tackeff* | */s/ Mark A. Hiller* |
| J. Gerard Stranch, IV | Mark A. Hiller |
| Michael C. Tackeff | N.C. Bar No. 50004 |
| | mhiller@rbh.com |
| STRANCH, JENNINGS, & GARVEY, PLLC | |
| 223 Rosa Parks Ave., Suite 200 | ROBINSON, BRADSHAW & HINSON, P.A. |
| Nashville, Tennessee 37203 | 1450 Raleigh Road, Suite 100 |
| Phone: 615.254.8801 | Chapel Hill, North Carolina 27517 |
| gstranch@stranchlaw.com | Phone: 919.328.8800 |
| mtackeff@stranchlaw.com | |

Troy D. Shelton
N.C. Bar No. 48070
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Phone: 919.529.3351
tshelton@dowlingfirm.com

Lynn A. Toops*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: 317.636.6481
ltoops@cohenmalad.com

Samuel J. Strauss*
Raina C. Borrelli
STRAUSS BORRELLI, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Phone: 608.237.1775

*Special Appearance Forthcoming

Attorneys for Plaintiff

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@rbh.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

Attorneys for Defendant