**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

PHILIP SCHWAB        )
             )
  v.          )      1:25-CV-481
             )
RESEARCH TRIANGLE INSTITUTE, )
d/b/a RTI International,      )

## <u>ORDER</u>

It appearing that the parties have selected, by agreement, STEVE DUNN, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that STEVE DUNN is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 8th day of June, 2026.

          <u>/s/ Melisa Bond for</u>
          LAWRENCE H. CUNNINGHAM
          Clerk of Court