# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:25-cv-00481-LAF-JEP

| | |
|---|---|
| **PHILIP SCHWAB**, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL**,<br><br>Defendant. | **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and LR 26.2, the Parties jointly move the Court to enter the attached proposed Protective Order to expedite the flow of discovery materials, facilitate the prompt resolution of discovery disputes, and protect from disclosure certain materials designated as Confidential or Highly Confidential.  Specifically, the Parties may request and produce in discovery confidential, non-public, sensitive, and/or proprietary business, employment, tax, financial, and other sensitive materials relating to Plaintiff and Defendant that should be protected. Good cause exists for restricting dissemination of the information specifically denoted as Confidential or Highly Confidential in the Protective Order because harm would result from its disclosure as the information to be protected is not publicly available, could harm RTI's competitive position in the marketplace, and could harm Plaintiff through the public disclosure of his personal information. The parties will comply with the Court's Local Rules and Standing Order No. 41 with respect to the sealing of documents.

Counsel for the parties have conferred and agreed on the contents of the proposed

Protective Order.

This the 23rd day of June, 2026.

| | |
|---|---|
| _/s/ Troy D. Shelton_ | _/s/ Mark A Hiller_ |
| Troy D. Shelton | Mark A. Hiller |
| N.C. Bar No. 48070 | N.C. Bar No. 50004 |
| Craig D. Schauer | mhiller@rbh.com |
| N.C. Bar No. 41571 | |
| | ROBINSON, BRADSHAW & HINSON, P.A. |
| DOWLING PLLC | 1450 Raleigh Road, Suite 100 |
| 3801 Lake Boone Trail, Suite 260 | Chapel Hill, North Carolina 27517 |
| Raleigh, North Carolina 27607 | Phone: 919.328.8800 |
| Phone: 919.529.3351 | |
| tshelton@dowlingfirm.com | Julian H. Wright, Jr. |
| cschauer@dowlingfirm.com | N.C. Bar No. 19345 |
| | jwright@rbh.com |
| J. Gerard Stranch, IV | |
| Michael C. Tackeff | Brendan P. Biffany |
| | N.C. Bar No. 54761 |
| STRANCH, JENNINGS, & GARVEY, PLLC | bbiffany@rbh.com |
| 223 Rosa Parks Ave., Suite 200 | |
| Nashville, Tennessee 37203 | ROBINSON, BRADSHAW & HINSON, P.A. |
| Phone: 615.254.8801 | 600 South Tryon Street, Suite 2300 |
| gstranch@stranchlaw.com | Charlotte, North Carolina 28202 |
| mtackeff@stranchlaw.com | Phone: 704.377.2536 |
| | |
| Lynn A. Toops* | _Attorneys for Defendant_ |
| COHENMALAD, LLP | |
| One Indiana Square, Suite 1400 | |
| Indianapolis, Indiana 46204 | |
| Phone: 317.636.6481 | |
| ltoops@cohenmalad.com | |
| | |
| Samuel J. Strauss* | |
| Raina C. Borrelli | |
| STRAUSS BORRELLI, LLP | |
| 613 Williamson St., Suite 201 | |
| Madison, Wisconsin 53703 | |

Phone: 608.237.1775

*Special Appearance Forthcoming*

*Attorneys for Plaintiff*

3