UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILIP SCHWAB, *individually and on behalf of those similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>RESEARCH TRIANGLE INSTITUTE, D/B/A RTI INTERNATIONAL,<br><br>    Defendant. | **NOTICE OF SPECIAL APPEARANCE**<br><br>Civil Action No. 1:25-cv-481-AU- JEP |

PLEASE TAKE NOTICE that Lynn A. Toops of the firm of CohenMalad, LLP hereby enters a notice of special appearance as counsel for Plaintiff Philip Schwab in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Troy D. Shelton.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted, this the 26th  day of June, 2026.


/s/ Lynn A. Toops
Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

*Counsel for Plaintiff and the Proposed Class*