# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
## Civil Action No.: 1:25-cv-00481-LAF-JEP

PHILIP SCHWAB, individually and on behalf of those similarly situated,

Plaintiff,

v.

RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,

Defendant.

**JOINT STATUS REPORT**

The Court's May 26, 2026 Order (ECF No. 30) set a status conference for July 23 and directed the parties to submit a joint status report by July 16 to inform the Court of the progress of Phase One discovery. Pursuant to that directive, the parties submit this Joint Status Report.

The parties have each served and responded to each other's initial written discovery requests and are producing documents to one another. The parties have also scheduled all depositions they intend to take during Phase One discovery and have scheduled mediation to take place on August 31.

The parties have jointly moved for entry of a protective order (ECF No. 34), which is pending approval by the Court.

The parties have conferred and agree that at this time there are no outstanding discovery issues that require the Court's attention. Therefore, the parties jointly request that the Court cancel the July 23 status conference.

This the 15th day of July, 2026.

/s/ Troy D. Shelton

Troy D. Shelton
N.C. Bar No. 48070
Craig D. Schauer
N.C. Bar No. 41571

DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Phone: 919.529.3351
tshelton@dowlingfirm.com
cschauer@dowlingfirm.com

J. Gerard Stranch, IV
Michael C. Tackeff
STRANCH, JENNINGS, & GARVEY, PLLC
223 Rosa Parks Ave., Suite 200
Nashville, Tennessee 37203
Phone: 615.254.8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

Lynn A. Toops*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: 317.636.6481
ltoops@cohenmalad.com

Samuel J. Strauss*
Raina C. Borrelli
STRAUSS BORRELLI, LLP
613 Williamson St., Suite 201

/s/ Mark A. Hiller

Mark A. Hiller
N.C. Bar No. 50004
mhiller@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@rbh.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

*Attorneys for Defendant*

2

Madison, Wisconsin 53703
Phone: 608.237.1775

*Special Appearance Forthcoming*

*Attorneys for Plaintiff*

3