# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **PHILIP SCHWAB**, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL**,<br><br>Defendant. | Case No. 1:25-cv-00481-LAF-JEP |

## <u>NOTICE OF SPECIAL APPEARANCE</u>

Please take notice that the undersigned Samuel J. Strauss hereby enters a notice of special appearance as counsel for Plaintiff Philip Schwab in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Troy Shelton, Dowling PLLC, 3801 Lake Boone Trail, Suite 260, Raleigh, North Carolina 27606.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: July 17, 2026

Respectfully submitted,

By: */s/ Samuel J. Strauss*
    Samuel J. Strauss
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    980 N. Michigan Avenue, Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100

1

Facsimile: (872) 263-1109
sam@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

2

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on July 17, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to counsel of record, via the ECF system.

DATED this 17th day of July, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

3