**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No. 1:25-cv-00481-LAF-JEP**

PHILIP SCHWAB, individually and on behalf of those similarly situated,

Plaintiff,

v.

RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,

Defendant.

**JOINT MOTION OF PARTIES TO STAY DEADLINES AND NOTICE OF SETTLEMENT**

Pursuant to Local Rule 83.3, Plaintiff Philip Schwab and Defendant Research Triangle Institute respectfully notify the Court that they reached a settlement in principle on a class-wide basis for this case on Friday, August 14, 2026. The parties are currently diligently working on preparing a final settlement agreement in this case. Once the settlement agreement is finalized and executed by all parties, Plaintiff expects to promptly move for preliminary approval under Fed. R. Civ. P. 23(e). To allow the parties time to complete the settlement agreement and Plaintiff time to prepare his motion for preliminary approval and related papers, the parties jointly move by this Motion to stay the deadlines in this case pending full resolution of the settlement and related motions. D.E. 30 (scheduling order for Phase One); D.E. 32 and ECF Entry of June 8, 2026 (mediation schedule). Plaintiff will file his motion for preliminary approval of the settlement agreement by September 18, 2026. If the timeline for that Motion changes, the parties will jointly advise the Court by further motion or filing.

Dated: August 18, 2026

Respectfully Submitted,

/s/ *Michael C. Tackeff*
J. Gerard Stranch, IV (TN BPR #23045)*
Michael C. Tackeff (TN BPR #036953)*
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Tel: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com

/s/ *Troy Shelton*
Troy D. Shelton
N.C. Bar No. 48070
tshelton@dowlingfirm.com
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Tel: (919) 529-3351

Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Fax: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

***Special Appearance Forthcoming***

***Counsel for Plaintiff and the Proposed Class***

/s/ *Mark A. Hiller w/Permission*
Mark A. Hiller
N.C. Bar No. 50004
**ROBINSON, BRADSHAW & HINSON, P.A.**
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Tel: 919.328.8800
mhiller@rbh.com

Julian H. Wright, Jr.
N.C. Bar No. 19345
Brendan P. Biffany
N.C. Bar No. 54761
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Tel: 704.377.2536
bbiffany@rbh.com
jwright@rbh.com

***Attorneys for Defendant***