**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Case No. 1:25-cv-00481-LAF-JEP**

PHILIP SCHWAB, individually and on behalf of those similarly situated,

Plaintiff,

v.

RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,

Defendant.

**[PROPOSED] ORDER ON JOINT MOTION OF PARTIES TO STAY DEADLINES AND NOTICE OF SETTLEMENT**

The parties have advised the Court that they have reached a settlement in principle. Accordingly, for good cause shown and upon the parties' joint request, the Court hereby ORDERS:

1. All deadlines in this matter as to discovery and mediation are hereby STAYED pending further motions by the parties or orders of the Court.

2. Once the settlement agreement is executed, Plaintiff shall move for preliminary approval of the settlement under Fed. R. Civ. P. 23(e). Plaintiff shall file his motion for preliminary approval of the settlement by Friday, September 18, 2026. If the timeline for that Motion changes, the parties must jointly advise the Court by further motion or filing.

IT IS SO ORDERED.

________________________________
JUDGE JOI ELIZABETH PEAKE