**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Case No. 1:25-cv-00481**

PHILIP SCHWAB, individually and on behalf of those similarly situated,

Plaintiff,

v.

RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,

Defendant.

**ORDER ON JOINT MOTION OF PARTIES TO STAY DEADLINES AND NOTICE OF SETTLEMENT**

The parties have advised the Court that they have reached a settlement in principle. Accordingly, for good cause shown and upon the parties' joint request, the Court will stay all pending deadlines, will terminate the pending Motion to Dismiss, and will set a deadline for Plaintiff to file a Motion for Preliminary Approval of the Settlement under Federal Rule of Civil Procedure 23(e). If the timeline for that Motion changes, the parties must jointly request additional time by further motion.

IT IS THEREFORE ORDERED that the Joint Motion to Stay [Doc. #40] is GRANTED, and all deadlines in this matter as to discovery and mediation are hereby STAYED pending further motions by the parties or orders of the Court, and the pending Motion to Dismiss [Doc. #19] is terminated as moot.

IT IS FURTHER ORDERED that Plaintiff shall file his motion for preliminary approval of the settlement by Friday, September 18, 2026.

This, the 19th day of August, 2026.

Joi Elizabeth Peake
United States Magistrate Judge