**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:25-cv-481**

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>Defendant. | **JOINT MOTION OF PARTIES TO EXTEND DEADLINE TO FILE PRELIMINARY APPROVAL MOTION** |

Plaintiff Philip Schwab and Defendant Research Triangle Institute jointly move to modify the deadline previously set by the Court for Plaintiff to seek preliminary approval of a class-wide settlement in this action. D.E. 41. The parties are finalizing the settlement agreement and Plaintiff is preparing his motion for preliminary approval of the settlement and the related papers that will be filed with that motion. The parties need additional time to complete these tasks to ensure a fulsome presentation to the Court. The parties respectfully request that Plaintiff's deadline to seek preliminary approval of the settlement be extended to October 9, 2026.

Dated: September 15, 2026

Respectfully submitted,

/s/ *Michael C. Tackeff*
J. Gerard Stranch, IV (TN BPR #23045)*
Michael C. Tackeff (TN BPR #036953)*
**STRANCH, JENNINGS, & GARVEY, PLLC**

223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

/s/ *Troy Shelton*

Troy D. Shelton
N.C. Bar No. 48070
tshelton@dowlingfirm.com
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Tel: (919) 529-3351

Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
T: (608) 237-1775
F: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

**Special Appearance Forthcoming*

*Counsel for Plaintiff and the Proposed Class*

/s/ *Mark A. Hiller*

Mark A. Hiller
N.C. Bar No. 50004
mhiller@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.

1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Phone: 919.328.8800

Julian H. Wright, Jr.
N.C. Bar No. 19345
jwright@rbh.com
Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Phone: 704.377.2536

*Attorneys for Defendant*