**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:25-cv-481**

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>Defendant. | **ORDER GRANTING JOINT MOTION OF PARTIES TO EXTEND DEADLINE TO FILE PRELIMINARY APPROVAL MOTION** |

This matter comes before the Court on the Joint Motion of the Parties to Extend Deadline to File Preliminary Approval Motion. Having considered the motion and for good cause shown, the Court finds that the requested extension is warranted.

IT IS THEREFORE ORDERED that the Joint Motion [Doc. #42] is GRANTED, and Plaintiff's deadline to file a motion seeking preliminary approval of the parties' class-wide settlement is extended up to and including October 9, 2026.

This, the 18th day of September, 2026.

Joi Elizabeth Peake
United States Magistrate Judge