**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:25-cv-481**

PHILIP SCHWAB, individually and on behalf of those similarly situated,

Plaintiff,

v.

RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,

Defendant.

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Philip Schwab, individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully requests that this Court grant preliminary approval of the proposed Class Settlement, which resolves the claim asserted against Defendant in this case. In support of this motion, Plaintiff incorporates the contemporaneously filed Memorandum of Law, the Declaration of Class Counsel J. Gerard Stranch, IV and Exhibits thereto, the Proposed Notice to the Class, and the Proposed Order Granting Preliminary Approval.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order (1) granting preliminary approval of the Settlement, (2) certifying the Class for the purpose of Settlement pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement; (4) appointing Philip Schwab as Class Representative for the purpose of Settlement; (5) appointing J. Gerard Stranch, IV and Michael Tackeff of

Stranch, Jennings, & Garvey, PLLC; Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, LLP; Lynn A. Toops of CohenMalad, LLP; and Troy Shelton and Craig Schauer of Schauer & Shelton, LLP as class counsel; and (6) enter the Settlement schedule as proposed by the Memorandum of Law.

Defendant's counsel does not oppose the relief sought in this motion.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Michael C. Tackeff*

J. Gerard Stranch, IV (TN BPR #23045)*
Michael C. Tackeff (TN BPR #036953)*
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
gstranch@stranchlaw.com

*/s/ Troy Shelton*

Troy D. Shelton
N.C. Bar No. 48070
SCHAUER & SHELTON LLP
13200 STRICKLAND RD.
SUITE 114-329
RALEIGH, NC 27613
984-231-6687
Fax: 984-231-6687
Email: cschauer@schauershelton.com

Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
T: (608) 237-1775
F: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

**Special Appearance Forthcoming*

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this brief complies with the word-count limitation in Local Rule 7.3(d).

*/s/ Michael C. Tackeff*
Michael C. Tackeff