# Exhibit 1

SJG

# STRANCH, JENNINGS & GARVEY
PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G) have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

Mr. Branstetter's grandson, J. Gerard Stranch IV, serves as managing member for SJ&G, headquartered in the heart of Nashville.

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Appellate Practice
- Bank Fees
- Business Litigation
- Car Crashes
- Civil Litigation
- Civil Rights
- Class Action
- Complex Litigation
- Condemnation/Municipal Property Disputes
- Constitutional Law
- Consumer Protection
- Corporate Governance
- E-Discovery
- Election Law
- Employment & Discrimination Law
- Environmental Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Mass Tort
- Medical Malpractice
- Necrotizing Enterocolitis (NEC)
- Nursing Home Abuse & Neglect
- Opioid Litigation
- Personal Injury
- Privacy & Cybersecurity Litigation
- Product Liability
- Trucking Wrecks
- U.S. Securities Litigation
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as *Staubus v. Purdue*) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee *In re: Dahl v. Bain Capital Partners* (antitrust), resulting in a $590.5 million settlement;
- appointed mediator by the circuit court in the case of the *City of St. Louis v. National Football League and the Los Angeles Rams*, having successfully negotiated a $790 million settlement for the plaintiffs;
- lead plaintiff in *Sherwood v. Microsoft*, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;
- litigated *Qwest Savings and Investment Plan ERISA* litigation, resulting in a $57.5 million total payout to class members;
- plaintiff's co-counsel in the *Paxil litigation of Orrick v. GlaxoSmithKline*;
- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. *Montanez v. Gerber Childrenswear, LLC* (M.D. Cal.); and
- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.


**Nashville**

The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615.254.8801

**Oakland**

1111 Broadway
Suite 300
Oakland, CA 94607

**St. Louis**

Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Phone: 314.390.6750

**Las Vegas**

3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102
Phone: 725.235.9750

stranchlaw.com



# J. Gerard Stranch IV

## FOUNDING AND MANAGING MEMBER


## PHONE

615.254.8801

## EMAIL

gstranch@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and
- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

## PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Complex Litigation
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court Eastern – District of Tennessee
- U.S. District Court Middle – District of Tennessee
- U.S. District Court Western – District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Nashville Post "In Charge" List (2018 – 2026)
- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*

- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German

SJG
STRANCH, JENNINGS & GARVEY PLLC



# James G. Stranch III

FOUNDING MEMBER

**Jim Stranch is the senior member in the complex litigation group, which he helped start on behalf of the firm. He has served as lead counsel in virtually every large complex and other class action in which the firm has served as lead plaintiff.**

Mr. Stranch and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA litigation and jointly litigated numerous groundbreaking cases.

One of Mr. Stranch's first hard-earned victories came in 1979 when, along with firm founder Cecil Branstetter, he won a jury verdict in a case against Frosty Morn Meats in Montgomery County. The bankrupt company was found by a jury to have been grossly negligent in its mishandling of more than 500 employees' Christmas monies. The jury returned a nearly $473,000 judgment against the company's board of directors, and the case helped solidify the firm's reputation in Tennessee as one that fights for workers' interests.

In addition to having founded the firm's class action practice, Mr. Stranch also focuses on Labor and Employment Law, and brings more than four decades of experience in representing labor organizations and individual workers throughout Tennessee and the South. Mr. Stranch also has extensive expertise in matters arising under the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA.

Mr. Stranch has spent his career contributing to its legacy of supporting labor unions, shareholders, small businesses and others. Mentored by the late Cecil Branstetter, Mr. Stranch also strives to mentor the firm's younger attorneys.


## PHONE

615.254.8801

## EMAIL

jstranch@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Class Action
- Complex Litigation
- Consumer Protection
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Personal Injury

## EDUCATION

- University of Tennessee College of Law (J.D., 1973)
- University of Tennessee (B.S., 1969)

## EXPERIENCE

- Tennessee consumer protection and antitrust action against Microsoft, which led to a $64 million recovery to the consumer class, including a $30 million cy pres to Tennessee schools.
- Qwest Savings and Investment Plan ERISA litigation, which resulted in a $57.5 million total payout to class members.
- Nortel Networks Corp. ERISA litigation, which was resolved with a $21.5 million settlement.
- Securities litigation on behalf of the State of Tennessee Consolidated Retirement System against Worldcom, which led to a $7 million recovery.
- Shareholder derivative action involving Dollar General Corporation, which resulted in a $31.5 million recovery.
- ERISA/401(k) litigations on behalf of employees and pensioners of Qwest Communications, Inc. ($57.5 million total value recovery), Xcel Energy Inc. ($8.6 million recovery), Providian Financial, Inc. ($8.6 million) and Nortel, Inc. ($21.5 million recovery).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. Tax Court
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV-Rated by Martindale Hubbell
- Best Lawyers in America – Labor and Employment Law
- Mid-South Super Lawyers Edition (2014)
- Super Lawyers (2007 – 2020)

*Memberships*

- Tennessee State Ethics Commission, Member and Former Chairman
- Tennessee Appellate Court Nominating Committee (Secretary, 1985 – 1991)
- AFL-CIO Lawyer's Coordinating Advisory Committee (1980 – present)
- Nashville Bar Association (1973 – present)
- Tennessee Bar Association (Chairman, Labor Law Section, 1991 – 1992; Member, 1973 – present)
- American Bar Association (1973 – present)
- American Association for Justice (1974 – present)
- Tennessee Association for Justice (1974 – present)
- Phi Delta Phi

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee Bureau of Ethics
- Fellow, Nashville Bar Foundation
- Former Secretary, Tennessee Appellate Court Nominating Committee
- Former Member, AFL-CIO Lawyers Coordinating Advisory Committee
- Former Chairman, Tennessee Bar Association's Labor Law Section

SJG
STRANCH, JENNINGS & GARVEY PLLC



# R. Jan Jennings

FOUNDING MEMBER

**In the initial years of his career, Jan Jennings represented labor organizations devoted to protecting the rights of employees. During the past 20 years, he has concentrated on providing services to health and pension funds that provide benefits to construction workers. He has also provided personal representation to political and labor leaders throughout the South.**

After obtaining an M.B.A. degree, Mr. Jennings worked in a series of managerial positions at General Electric Company, where he was responsible for union and employee relations. Upon graduation from law school, he practiced in Atlanta, Georgia, for a number of years before relocating his practice to Nashville. He joined the firm in 1977.

A native of Johnson City, Tennessee, Mr. Jennings earned his J.D. from the University of Tennessee College of Law, where he served as editor of the Tennessee Law Review. He received his B.S. and M.B.A. degrees from East Tennessee State University.


## PHONE

615.254.8801

## EMAIL

jjennings@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- ERISA Trust Funds
- Labor Unions

## EDUCATION

- University of Tennessee College of Law (J.D., 1974)
  – Editor, *Tennessee Law Review*
- East Tennessee State University, (M.B.A., 1966)
- East Tennessee State University (B.S., 1964)

## EXPERIENCE

Mr. Jennings provides ongoing representation to health and pension funds in connection with litigation concerning:

- Collection of employer delinquencies
- Denial of benefits
- Claims for subrogation/reimbursement to health funds from participants
- Breach of fiduciary duty claims
- Claims against service providers due to errors or omissions, prohibited transactions and breach of fiduciary liability
- Claims against hospitals, drug companies and other providers for excessive claims or costs
- Withdrawal liability
- Federal and state securities violations
- Consumer fraud

This representation of multiemployer funds involves the wide range of subjects encompassed by ERISA, Taft-Hartley, the IRC, HIPAA and PPACA.

## BAR ADMISSIONS

- Georgia
- Tennessee
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 11th Circuit Court of Appeals
- U.S. Court of Appeals Federal Circuit
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Best Lawyers in America – Labor and Employment Law (2004 – present)
- AV-Rated by Martindale Hubbell (1975 – present)

*Memberships*

- Tennessee Bar Association
- State Bar of Georgia

## COMMUNITY INVOLVEMENT

- Cecil D. Branstetter Scholarship Fund
- Laborers' Care Foundation

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Hon. John (Jack) Garvey

FOUNDING MEMBER

**Judge (ret.) Garvey has been practicing law for 38 years in St. Louis. He began his career in private practice, then moved to the city's prosecuting attorney office, where he tried 23 cases to verdict. He was then elected to the St. Louis Board of Aldermen, where he served for four years while also practicing as a trial attorney before joining a trial law firm. While in private practice, he tried 50 cases to verdict.**

In 1998, Judge Garvey was appointed to the associate circuit court bench, where he served five years until he was elevated to a circuit court position and served for an additional 13 years. During his time on the bench, he presided over 200 jury trials, and served as the chief criminal judge, presiding juvenile court judge and assistant presiding judge, as well as the chief judge of the 22nd Judicial Circuit mass tort docket.

Following his return to private practice in 2015, Judge Garvey has been involved as plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline, St. Louis City Circuit #1322-CC00079; co-lead counsel in the opioids litigation of Jefferson County v. Williams, #20JE-CC00029; and local counsel in Roundup cases.

In addition to his litigation work, he has been appointed several times as a special master on discovery matters by St. Louis city and county courts. In addition, Judge Garvey was appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs in 2022.

Judge Garvey obtained his B.A. in urban affairs in 1983 from St. Louis University, and earned his J.D. in 1986 from Rutgers University School of Law. He is an adjunct professor of law at Washington University School of Law and St. Louis University School of Law.

Judge Garvey resides in South St. Louis with his wife, Kathy, a retired registered nurse. They have four children who also live in St. Louis. He enjoys running, reading and grilling.


## PHONE

314.374.6306

## EMAIL

jgarvey@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


## PRACTICE AREAS

- Car Crashes
- Class Action
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks

## EDUCATION

- Rutgers University School of Law (J.D., 1986)
- St. Louis University (B.A., 1983)
  - Captain of the School's Rugby Team (1980-1983)

## BAR ADMISSIONS

- Missouri
- U.S. District Court – Southern District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Western District of Missouri

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Adjunct Faculty Member of the Year, St. Louis University Law School (2006)
- Person of the Year, Missouri Coalition Against Domestic Violence (2000)
- Pro Bono Legal Professional of the Year, St. Louis University Civil Justice Clinic (2007)
- Honored at the 2023 Missouri Lawyers Association for his role In re: National Prescription Opiate Litigation settlement, which won first place in the Top Settlements category
- Missouri Lawyers Media's 2025 ICON Awards recipient

*Memberships*

- Bar Association of Metropolitan St. Louis

## COMMUNITY INVOLVEMENT

- Adjunct Professor of Law, Washington University Law School – Evidence and Trial Advocacy (2001 – 2015)
- Adjunct Professor of Law, St. Louis University – Trial Advocacy (2005 – 2015)
- President of the board of directors, St. Louis Public Library (2004 – 2008)
- Alderman, 14th Ward of the City of St. Louis (1991 – 1995)

## PRESENTATIONS

- "Evidence and Managing Trials," Judicial College of Missouri, August and October 2023
- "Trends in Mass Torts," HarrisMartin MDL Conference: The Current Mass Tort Landscape (March 2022)
- "Opioid Case Against the Pharmacies," HarrisMartin MDL Conference: Critical Developments in Mass Torts, MDLs, and Game-Changing Jurisprudence (May 2019)

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Michael G. Stewart

FOUNDING MEMBER

**Mike Stewart is a member of the firm's complex litigation practice, representing citizens who have suffered injuries or lost money because of the actions of powerful interests. He has litigated cases that have recovered millions of dollars for defrauded investors, persons injured by defective products and consumers cheated by improper sales practices. He writes and speaks on a variety of legal and public interest topics.**

A former member of the Tennessee General Assembly, Mr. Stewart aggressively fought for citizens, at one point calling to attention the state's inadequate gun background check laws by offering an assault rifle for sale at a sidewalk lemonade stand.

Mr. Stewart was elected unanimously by his fellow Democratic members to serve as their Caucus Chairman during the 109th, 110th and 111th General Assemblies. During his tenure, Democrats regained seats held by Republicans in all three of Tennessee's Grand Divisions – West, Middle and East Tennessee.

Before attending law school, Mr. Stewart served as an officer in the United States Army, with service in the Korean Demilitarized Zone and in Operation Desert Storm.

Mr. Stewart and his wife, Ruth, have three children, Will, Joseph and Eve. Ruth is a physician and an Associate Dean at Meharry Medical College. They live in East Nashville.


## PHONE
615.254.8801

## EMAIL
mstewart@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)

## EDUCATION

- University of Tennessee College of Law (J.D., *cum laude*, 1994)
  - Student Materials Editor, *Tennessee Law Review*
  - National Moot Court Team
  - Vinson & Elkins Award for Excellence in Moot Court Brief Writing
- University of Pennsylvania (B.A., 1987)

## EXPERIENCE

- Represented a class of shareholders in antitrust litigation against many of the nation's largest private equity firms in a suit alleging collusion on large buyout deals. Total settlements exceeded half-a-billion dollars. Dahl v. Bain Capital Partners (D. Mass).
- Represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.).
- Represented a consumer seriously injured by emissions from a residential air cleaner, resulting in a significant settlement. Bearden v. Honeywell International, Inc. (M.D. Tenn.).
- Represented a class of shareholders alleging damages from inaccurate financial statements issued by a manufacturer of cellular phone cameras, resulting in a multi-million-dollar settlement. Omnivision Technologies, Inc. Litigation (N.D. Cal.).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Best Lawyers in America (2008)
- National Trial Lawyers, Top 100 (2019)
- U.S. Eighth Army Distinguished Leader Award

*Memberships*

- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS & PUBLISHED WORKS

- Tennessee Bar Association Litigation Forum CLE – "Legislative Update"
- Nashville Bar Association CLE, "Deposition Ethics: Strategies for Taking and Defending Depositions Without Running Afoul of the Model Rules of Professional Conduct"
- "Paul Krugman Unwittingly Fulfills Fiscal Fantasies for Republicans," The Hill (Nov. 18, 2017)
- "Memo to Democratic Donors: the Path to Power Passes Through the States," The Hill (Dec. 22, 2016)

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee House Democratic Caucus
- Campaign Treasurer, Mayor Bill Purcell
- Past Member, Metro Nashville Emergency Communications Board
- Past President, Lockeland Springs Neighborhood Association
- Member, East End United Methodist Church

SJG
STRANCH, JENNINGS & GARVEY PLLC




## EMAIL

adavis@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


# Anne K. Davis

MEMBER

**Anne K. Davis brings more than a decade of experience litigating complex matters in federal and state courts across the country, including California, Delaware, Illinois and Kansas. Her practice focuses on high-stakes investigations and the litigation of antitrust, consumer protection and securities matters.**

Before joining Stranch, Jennings & Garvey, Ms. Davis was a partner at a national litigation firm. She also previously served as a principal counsel for sales practice enforcement at the Financial Industry Regulatory Authority (FINRA). At FINRA, she brought charges and negotiated resolutions for violations of the U.S. Securities and Exchange Commission (SEC), the Municipal Securities Rulemaking Board (MSRB) and federal securities laws. Earlier in her career, she was a senior associate at a prominent global law firm, specializing in securities litigation, enforcement and internal investigations.

Ms. Davis has a proven track record in landmark litigation. She was a key member of the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in a historic $725 million settlement — the largest privacy class action settlement in history.

A recognized leader in her field, Ms. Davis was named a National Trial Lawyers Top 100 Litigator in 2023, 2024 and 2025. She also received the Lawdragon – 500 Leading Plaintiff Consumer Lawyers award.

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Product Liability
- Privacy & Cybersecurity Litigation
- U.S. Securities Litigation

## EDUCATION

- University of Michigan Law School (J.D., 2008)
- University of Michigan (M.A., 2006)
- DePaul University (B.A., 2002)

## BAR ADMISSIONS

- California
- U.S. District Court – Central District of California
- U.S. District Court – Eastern District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Southern District of California
- U.S. District Court – Eastern District of Michigan
- U.S. 9th Circuit Court of Appeals

## EXPERIENCE

Representative Cases

- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Domestic Airlines Travel Antitrust Litigation*
- *In re: ZF-TRW Airbag Control Units Products Liability Litigation*
- *In re: Mexican Government Bonds Antitrust Litigation*

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Lawdragon – 500 Leading Plaintiff Consumer Lawyers
- National Trial Lawyers – Top 100 Civil Plaintiff Trial Lawyers 2023, 2024, 2025

Memberships

- California Lawyers Association – Executive Committee, Antitrust & Consumer Protection Section
- American Association for Justice
- American Bar Association
- San Francisco Bar Association
- Sedona Conference

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- The Sedona Conference
  - Active member and contributor to WG11 (Data Security and Privacy Liability) and WG13 (AI and the Law)
  - Drafting team for the Data Privacy Primer, Second Edition
- Senior Editor of the California Antitrust and Unfair Competition Law Treatise
- Faculty member for the Practising Law Institute's (PLI) annual Accounting for Lawyers seminar
- Ms. Davis regularly speaks at conferences on issues pertaining to artificial intelligence and ethics, privacy, e-discovery, and developments in the law.

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Isaac Kimes

MEMBER


## PHONE

615.254.8801

## EMAIL

Ikimes@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Mr. Kimes leads the personal injury practice group at Stranch, Jennings & Garvey. He is a trial lawyer who has devoted his career to representing individuals harmed by other parties, including multinational corporations, hospitals, doctors and government entities.**

Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, Mr. Kimes was an attorney with a regional personal injury firm, where he tried cases to jury verdict in state and federal court. Mr. Kimes has also served as an advisor in the Tennessee Senate. Prior to law school, he was an organizer with a non-profit organization focused on criminal justice policy.

Mr. Kimes obtained his B.S. in Justice Studies from Arizona State University in 2007. In 2008, he was honored as an outstanding alumnus for his work on criminal justice policy. A 2012 graduate of The University of Memphis Law School, Mr. Kimes served on The University of Memphis Law Review Editorial Board as Symposium Editor.

Mr. Kimes resides in the Nashville area with his wife and children. In his free time, he enjoys grilling in his backyard, sauna, cold plunge, and watching his beloved Seattle Seahawks and Tottenham Hotspur.

## PRACTICE AREAS

- Car Crashes
- Medical Malpractice
- Nursing Home Abuse & Neglect
- Personal Injury
- Product Liability
- Sexual Abuse & Assault Litigation
- Trucking Wrecks

## EDUCATION

- The University of Memphis, Cecil C. Humphreys School of Law (J.D., 2012)
- Arizona State University (B.S., 2007)

## BAR ADMISSIONS

- Missouri
- Tennessee
- U.S. District Court – Middle District of Tennessee

## EXPERIENCE

Representative Cases:

- Davidson County Circuit Court bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022)
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021)
- Davidson County General Sessions bench trial verdict in favor of dog sitting business that had been sued for negligence resulting in a dog's injury (March 2020)
- Tens of millions of dollars secured for his clients since 2012

## PROFESSIONAL HONORS & ACTIVITIES

*Honors*

- Mid-South Super Lawyers (2023, 2024, 2025)
- Tennessee Bar Association Leadership Law Class of 2023 graduate
- Mid-South Super Lawyers Rising Star (2021, 2022)

*Memberships*

- Tennessee Trial Lawyers Association, Elected Board of Governors (2025-2026)
- Attorneys Information Exchange Group
- Belmont University College of Law American Inn of Court, Barrister (2023-2024)
- Tennessee Bar Association
- American Bar Association
- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

*Published Works*

- Note, Unfettered Clawbacks – Why Section 304 of the Sarbanes-Oxley Act Requires a Personal Misconduct Standard, 42 U. MEM. L. REV. 797, cited in Lee A. Harris, Cases and Materials on Corporations and Other Business Entities: A Practical Approach 267 (2011)
- Bolder Advocacy Guides on Tennessee Campaign Finance, Tennessee Voter Registration, and Tennessee Lobbying Disclosure (June 2017)
- Tennessee Promise Needs Change, Clarksville Leaf Chronicle, by State Sen. Lee Harris and Isaac Kimes (April 13, 2016)

*Seminars*

- "Personal Injury and Economic Deterrence," Law and Economics, Western Kentucky University (March 2020, March 2022)
- "Citizen Lobbying," Vanderbilt University (March 2020)
- "Legislation in the Context of Mass Incarceration," Project MI (June 2017)
- "Legislation for Educators," Nashville Teacher Residency (April 2017)
- "Legislation for Healthcare Professionals," Health Policy Practicum course at The University of Memphis Law School (February 2017)

## COMMUNITY INVOLVEMENT

- Board of Advisors, YMCA Donelson-Hermitage (2024 - 2027 term)
- President, Shelby County Government Community Fund (appointed in 2023)
- Treasurer, Tennessee Voter Project PAC (2017 – present)
- Board Member, Inglewood Neighborhood Association, Nashville, (2016 – 2019)
- Volunteer Coach and Referee, East Nash Soccer, Nashville (2016 – 2018)
- Alumnus, Tennessee Bureau of Investigation Citizen's Academy (Class of 2017)
- Volunteer Coach, Stratford High School Girls Varsity Soccer, Nashville (2016)

SJG STRANCH, JENNINGS & GARVEY PLLC



# Corey L. Kraushaar

MEMBER

**Corey Kraushaar joined Stranch, Jennings & Garvey in early 2026 after 24 years at a St. Louis law firm recognized for its jury trial, appellate and tort/class action practice. He served as a shareholder and principal there for 17 years.**

An accomplished trial attorney recognized for securing some of the largest verdicts in Missouri, Mr. Kraushaar has compiled an impressive record of success in numerous jury trials in state and federal courts, earning him a reputation for strategic advocacy, meticulous preparation and exceptional courtroom performance.

Mr. Kraushaar focuses on personal injury, product liability, wrongful death and consumer matters. He also has extensive experience defending clients in Missouri Merchandising Practices Act (MMPA) cases, catastrophic loss, and a broad range of consumer and business litigation disputes. In addition, he has litigated dram shop cases and successfully handled appeals, further demonstrating the depth and versatility of his litigation skills.

For his distinguished record in the courtroom, Mr. Kraushaar was honored with the Lon O. Hocker Award for Trial Advocacy. This Missouri Bar accolade recognizes attorneys who demonstrate both high professional standards and a unique mastery of courtroom craft. The prestige of the honor is reinforced by the selection process, which is conducted by a committee of federal and state trial judges.

His achievements have also earned him recognition from leading legal publications and organizations, including Benchmark Litigation, Best Lawyers and Missouri & Kansas Super Lawyers. He has also been named to the Power List of Business Attorneys by Missouri Lawyers Media, reflecting his standing as one of the state's top trial lawyers.

Mr. Kraushaar graduated from Saint Louis University School of Law in 2002, where he served as managing editor of the Public Law Review. He previously attended Illinois College, earning his Bachelor of Arts, magna cum laude, in political science/history, international studies, and French in 1998.

## EMAIL

ckraushaar@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Business Litigation
- Class Action
- Consumer Protection Insurance Coverage
- Mass Tort
- Premises & Retail Liability
- Product Liability
- Trucking Wrecks
- Wrongful Death

## EDUCATION

- Saint Louis University School of Law (J.D., 2002)
  - Managing Editor, Public Law Review
  - Moot Court National Competition
- Illinois College (B.A., magna cum laude, 1998)
  - Parliamentarian, Phi Alpha Delta Pre-Law Fraternity

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Northern District of Illinois (Trial Bar)
- U.S. District Court – Southern District of Illinois
- U.S. District Court – District of Kansas
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Western District of Missouri
- U.S. 8th Circuit Court of Appeals

## EXPERIENCE

- Number 1 Largest Defense Verdict in Missouri involving a catastrophic commercial fire resulting in millions of dollars of property and business damages.
- Top 2 Largest Defense Verdict in Missouri for an automobile dealership involving a catastrophic motorcycle accident.
- Top 3 Largest Defense Verdict in Missouri involving a propane tank explosion in a wrongful death products defect case.
- Top 20 Plaintiff's Verdict in Missouri for a house fire involving a defective fireplace installation.
- Represented an injured plaintiff in a multi-million-dollar loss resulting from an airplane hangar collapse in Illinois that settled at trial.

*Continues on next page*

# Corey L. Kraushaar

*Continues from previous page*

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Benchmark Litigation, State Litigation Star – Missouri (2019-2026)
- Top 50 St. Louis – Missouri & Kansas Super Lawyers (2016)
- Super Lawyers – Personal Injury General: Defense, Missouri & Kansas Super Lawyers (2013-2025)
- Lon O. Hocker Award Recipient for Outstanding Trial Advocacy, Missouri Bar Foundation (2011)
- Rising Stars – Personal Injury Defense, Missouri & Kansas Super Lawyers (2008-2012)
- Best Lawyers in America
  - Commercial Litigation (2023-2026)
  - Litigation-Insurance (2023-2026)
  - Product Liability Litigation – Defendants, The Best Lawyers in America (2019-2026)
  - Insurance Law, The Best Lawyers in America (2019-2026)
  - Personal Injury Litigation – Defendants, The Best Lawyers in America (2018-2026)
- Missouri Lawyers Weekly
  - Two Top 20 Defense Verdicts (2024)
  - Law Firm Leader (2023)
  - The Power List – Business Defense Attorneys (2023, 2024, 2025)
  - No. 11 Largest Defense Verdict (2018)
  - No. 2 Largest Defense Verdict (2013)
  - Up & Coming Lawyer Award (2013)
  - No. 3 Largest Defense Verdict (2011)
  - No. 12 Largest Defense Verdict (2009)
  - No. 11 Largest Defense Verdict in (2007)
  - No. 1 Largest Defense Verdict (property-2006)
  - Top 20 Largest Plaintiff's Verdict (2006)

*Memberships*

- American Bar Association
- Bar Association of Metropolitan St. Louis
- Illinois State Bar Association
- Lawyers Association of St. Louis
- Missouri Bar Foundation, Fellow

SJG STRANCH, JENNINGS & GARVEY PLLC

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Speaking Engagements*

- "A View from Above: Mastering the Landscape of Low-Exposure Claims," Brown & James Insurance Law & General Defense Symposium (January 2026)
- "Keep Your Eyes on the Road: How to Employ EUOs in the Claims Process," Brown & James Insurance Law & General Defense Symposium (January 2025)
- "Nuclear Verdicts: Don't Let Them Blow Up Your Case," Brown & James Insurance Law & General Defense Symposium (January 2024)
- "Presenting Injury and Death Damages in Closing Argument," Bar Association of Metropolitan St. Louis Bench & Bar Conference (June 2023)
- "The Real Appeal: Trial Tactics for Anticipated Appeals," Brown & James Insurance Law & Medical Malpractice Defense Symposium (January 2023)
- "I'll Give You Something to Cry About: Dealing with DOI Complaints and Public Adjusters," Brown & James General Defense & Insurance Law Symposium (January 2022)
- "The Party's Over: Liability for Criminal Acts of Third Parties in Missouri, Illinois and Kansas," Brown & James Insurance Law & General Defense Symposium (January 2021)
- "It's Worth a Shot: Analyzing Dram Shop Claims in Illinois, Kansas and Missouri," Brown & James General Defense & Insurance Law Symposium (January 2020)
- "Jury Selection: How to Counter the 'Plugged-In' Plaintiffs' Bar's Formula for Jury Selection," Brown & James General Defense & Insurance Law Symposium, (January 2018)
- "Common Coverage Issues in First-Party Property Insurance Claims," Brown & James Law Symposium (January 2016)
- "Defending the Blackboard Damages Case," Brown & James Law Symposium (January 2014)
- "What's it Worth? — A Look at Jury Verdicts since Tort Reform," Brown & James Law Symposium (January 2013)
- Case Law Update, NSPII Advanced Insurance Seminar (May 2011)
- "Recorded Statements: Techniques, Tools and Tips," Brown & James Insurance Law Symposium, (January 17, 2011)
- Legal Panel, NSPII National Seminar, Ohio (November 2009)
- Dealing with Public Adjusters, NSPII National Seminar, Kentucky (November 2008)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (September 2008)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (September 2007)
- Case Law Update, NSPII Missouri Advanced Insurance Seminar (May 2006)

## COMMUNITY INVOLVEMENT

- Peter & Paul Community Services, St. Louis

## LANGUAGES

- French



# Marty Schubert

MEMBER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He also assists with matters relating to voting rights and ballot access, and previously served as the voter protection director for the Tennessee Democratic Party.**


## PHONE
615.254.8801

## EMAIL
mschubert@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated *cum laude* from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.

## PRACTICE AREAS

- Bank Fees
- Class Action

## EDUCATION

- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE

- Prosecuted class action lawsuits in 40+ states – both in state and federal courts – on behalf of consumers against their financial institutions
- Obtained fee refunds in excess of $100+ million for more than one million consumers charged improper overdraft and non-sufficient funds fees by their banks and credit unions

## BAR ADMISSIONS

- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Nashville Bar Association
- Tennessee Trial Lawyers Association (2019)

## PUBLISHED WORKS

- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES

- English
- Spanish

## COMMUNITY INVOLVEMENT

- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Lesley E. Weaver

MEMBER


## EMAIL

lweaver@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


**Nationally recognized litigator Lesley Weaver joined SJ&G in early 2026 following a distinguished nine-year tenure as a partner at a prominent national class action firm, where she led a robust and successful consumer, privacy and antitrust practice. A graduate of Harvard University and the University of Virginia School of Law, Ms. Weaver has earned a reputation as a preeminent architect of high-stakes litigation.**

Throughout her career, Ms. Weaver has focused primarily on cases that protect the public interest, consumers and public entities. As part of her mission to protect the public's trust, she also serves as counsel to numerous governmental entities in both formal and informal roles.

Her recent achievements include serving as co-lead counsel in the multidistrict litigation against Facebook, which resulted in a $725 million settlement in 2025 — the largest recovery ever achieved in a privacy class action case. Ms. Weaver also served on the PSC of the Volkswagen "Clean Diesel" litigation, which recovered more than $10 billion for the environment and $7 billion for consumers.

Ms. Weaver is currently co-lead counsel in *In re: Wells Fargo & Company Hiring Practices Derivative Litigation*, which resulted in a $110 million preliminary settlement in January 2026 against the company's board for failing to remedy discrimination in lending and hiring. The settlement will provide qualified borrowers with funds for deposits and closing costs.

She also served as co-lead counsel in the 2024 Ninth Circuit victory in *Calhoun v. Google*, a pivotal case regarding consumer privacy rights, and as liaison counsel for the In re: Twitter Secs. Litigation case, which was resolved for $805 million in 2022.

Ms. Weaver currently serves as co-lead counsel in AI copyright litigation against Google, alleging infringement of the works of authors and creators. She has served as counsel to the Ohio Attorney General's office in litigation against the Boeing board arising out of the 2024 "door plug" incident, renewing significant safety concerns about the company's practices. Ms. Weaver is also ranked Band 1 by Chambers in antitrust, and is currently litigating *In re: Local TV Advertising Antitrust Litigation*, which seeks redress against providers of local television advertising who shared pricing information with each other to artificially increase prices for small businesses.

## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Privacy & Cybersecurity Litigation
- Product Liability
- U.S. Securities Litigation

## EDUCATION

- University of Virginia School of Law (J.D., 1997)
- Harvard University, A.B., Social Studies (A.B., magna cum laude, 1992)

## BAR ADMISSIONS

- California
- Delaware
- U.S. District Court – Central District of California
- U.S. District Court – Eastern District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Southern District of California
- U.S. District Court – Eastern District of Michigan
- U.S. 9th Circuit Court of Appeals

## EXPERIENCE

Representative Cases

- *In re: Volkswagen "Clean Diesel" Marketing & Sales Practices Litigation*: Served on the plaintiffs' steering committee for the historic case that resulted in over $17 billion for consumers and environmental remediation.
- *In re: Cardinal Health Inc. Securities Litigation* case, which resulted in a $600 million settlement.
- *In re: Marsh & McLennan Cos., Inc. Securities Litigation*: Achieved a $400 million settlement.
- *In re: Chrysler-Dodge-Jeep EcoDiesel Litigation*: Served on the executive committee, resulting in a $207.5 million settlement.
- *In re: Google RTB Consumer Privacy Litigation*: Currently serving on the executive committee in a case resulting in landmark injunctive relief allowing consumers to opt out of Google selling or sharing their personal information in real-time bidding auctions.

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Benchmark Litigation – Litigation Star
- Business Today – Top 10 Influential Plaintiff-Side Antitrust Lawyers in California
- Chambers USA – Antitrust: Mainly Plaintiff (Tier 1)
- Daily Journal CLAY Award – California Lawyer of the Year (2018)
- Lawdragon – 500 Leading Litigators in America
- Lawdragon – 500 Leading Plaintiff Consumer Lawyers
- Lawdragon – 500 Leading Plaintiff Financial Lawyers
- National Trial Lawyers – Top 100 Civil Plaintiff Trial Lawyers
- The National Law Journal – Elite Women of the Plaintiffs Bar (2023)
- Thomson Reuters – Super Lawyer (Every year since 2016)

Memberships

- Advisory Council of the East Bay Community Law Center
- Chair of the Bar Association of San Francisco's Securities Cybersecurity and Privacy Committee
- Chair of the Bar Association of San Francisco's Securities Executive Committee

## COMMUNITY INVOLVEMENT

- Past Advisory Board Member for the International Gay and Lesbian Human Rights Commission (now OUTRIGHT International)
- Past Advisory Board Member for the Lawyers Committee for Civil Rights
- Past Co-Chair of the Bay Area Lawyers for Individual Freedom
- Past Co-Chair of the San Francisco LGBT Community Center
- Past National Chair of the National Center for Lesbian Rights

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- Repeat presenter at Bolch Institute's MDL Certificate training program at Duke Law
- Seminar panelist
  - Bar Association of San Francisco
  - California ABOTA
  - California Lawyers Association
  - Class of our Own
  - Golden State Institute
  - Practicing Law Institute
  - Women En Masse

## LANGUAGES

- Danish
- French
- German

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Grayson Wells

MEMBER

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.


## PHONE

615.254.8801

## EMAIL

gwells@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

## CLERKSHIPS

- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

## BAR ADMISSIONS

- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

## MEMBERSHIPS

- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

## PRESENTATIONS & PUBLISHED WORKS

- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Karla M. Campbell

OF COUNSEL

**Karla Campbell is a dedicated advocate of employee rights, with a wide range of experience in civil litigation, appellate practice, labor, employment and ERISA. In addition to her general civil and appellate practice, Ms. Campbell is also active in providing labor and ERISA services to union-side and individual clients.**

Prior to joining the firm, Ms. Campbell was a litigation attorney in Washington, D.C. She was the first law clerk selected to serve with the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. In addition, she holds a certificate in Refugee and Humanitarian Emergencies, and proudly served as a Peace Corps Volunteer in Ecuador for three years.

Ms. Campbell is a 2002 graduate of the University of Virginia. She earned her J.D. degree in 2008 from Georgetown University Law Center, where she served as the article selection editor of the Georgetown Immigration Law Journal. She is a member of the American, Tennessee and Nashville Bar Associations; the board of directors of the AFL-CIO Lawyers Coordinating Committee; the American Constitution Society, Nashville Lawyers Chapter; and the Lawyers Association for Women, Marion Griffin Chapter.


## PHONE
615.254.8801

## EMAIL
kcampbell@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Appellate Practice
- Civil Litigation
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions

## EDUCATION

- Georgetown University Law Center (J.D., 2008)
  - Article Selection Editor, *Georgetown Immigration Law Journal*
- University of Virginia (B.A., *highest distinction*, 2002)

## CLERKSHIP

- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS

- Tennessee
- Ohio

## EXPERIENCE

Representative Cases:

- Successfully argued for claimants' direct access to the courts in certain ERISA cases, an issue of first impression in the U.S. 6th Circuit Court of Appeals, in Hitchcock v. Cumberland University.
- Negotiated the first community benefits agreement in Tennessee around the Nashville Major League Soccer stadium on behalf of community groups (2018).
- Successfully argued that Google and Cognizant Technology Solutions U.S. Corp. jointly employ YouTube Music content operations workers. The NLRB Region 16 director ruled in March 2023 that Google LLC, whose parent company is Alphabet, has control over benefits, employee hours, supervision and direction of work. The Alphabet Workers Union filed a petition for a representation election in October 2022.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Bar Association
- Nashville Bar Association
- Tennessee Bar Association
- Former board member, AFL-CIO Lawyers Coordinating Committee
- Former board member, American Constitution Society, Nashville Lawyers Chapter
- Former board member, Lawyers Association for Women, Marion Griffin Chapter

## PUBLISHED WORKS

- The Convergence of U.S. Immigration Policies: A Two-Factor Economic Model, 21 Geo. Immigr. L.J. 663, 2007

## LANGUAGES

- English
- Spanish

SJG
STRANCH, JENNINGS & GARVEY PLLC




## PHONE

314-669-0976

## EMAIL

sgladney@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


# Sam Gladney

OF COUNSEL

**St. Louis native Sam Gladney joined Stranch, Jennings & Garvey (SJ&G) in 2023. He concentrates his practice on labor law, employee benefits, nonprofit formation and compliance, and regulatory affairs. Mr. Gladney chose law as his profession because of his passion for public service and desire to help clients successfully navigate difficult circumstances.**

Mr. Gladney earned his J.D. in 2016 from the University of Missouri – Kansas City School of Law. He is a graduate of the United States Military Academy at West Point, where he received a bachelor's degree in applied science. Following his graduation, he served in the U.S. Army for eight years, with two deployments in support of Operation Iraqi Freedom. During those deployments, he managed micro-grants to support Iraqi businesses southeast of Baghdad and led a platoon in Mosul. He was awarded the Bronze Star after his second deployment.

Mr. Gladney serves as the vice chair of the Bi-State Development Agency Board of Directors and was appointed to the Missouri Gaming Commission by Gov. Mike Kehoe in early 2026. He also serves on the Places for People Board of Directors. He previously served as chair of the Employee Benefits Section for the Bar Association of Metropolitan St. Louis.

## PRACTICE AREAS

- Labor Law
  - Employee Benefits
- Nonprofit Formation & Compliance
- Regulatory Affairs

## EDUCATION

- University of Missouri – Kansas City School of Law (J.D., 2016)
- United States Military Academy at West Point (Bachelor of Applied Science, 2007)

## BAR ADMISSIONS

- Missouri

## EXPERIENCE

- Practiced before the National Labor Relations Board and Federal District Courts in both Missouri and Kansas.
- Served as counsel for numerous employee benefit funds during mergers.
- Successfully arbitrated on behalf of newspaper carriers for substantial backpay from their parent organization for contractual violations.
- Successfully litigated a ballot access case that led to the removal of an unqualified candidate from the ballot.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Up & Coming Lawyers — Missouri Lawyers Media (2023)
- Bronze Star, U.S. Army

*Memberships*

- The Missouri Bar

## COMMUNITY INVOLVEMENT

- Appointed by Gov. Mike Parson (Missouri) in 2020 as the vice chair of the Bi-State Development Agency Board of Directors
- Serves on the Places for People Board of Directors
- Served as the president of the West Point Society of Greater St. Louis from 2016-2020
- Member of the AFL-CIO Lawyers Coordinating Committee
- Mentor for transitioning service members with American Corporate Partners

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Gregory S. Mullens

OF COUNSEL

**Gregory S. Mullens brings more than a decade of experience litigating complex matters across the public and private sectors. An accomplished trial attorney, he has handled more than 40 trials, including serving as first chair on 10 jury trials to verdict. He currently focuses his practice on complex investigations and the litigation of antitrust and consumer protection matters.**

Mr. Mullens also served as counsel at a litigation boutique in New Jersey. In this role, he led internal investigations and defended individual and corporate clients in high-stakes matters involving the U.S. Department of Justice (DOJ), U.S. attorneys' offices, offices of inspectors general and state attorneys general.

He began his legal career as a prosecutor for the Hudson County Prosecutor's Office in New Jersey. Following his service in the trial division, he was promoted to the Gangs and Narcotics Task Force, where he led the investigation and prosecution of high-priority criminal targets. These included Racketeer Influenced and Corrupt Organizations Act (RICO) enterprises, money laundering networks and large-scale trafficking operations.

Before entering the legal profession, Mr. Mullens was a professional athlete, pitching for the New York Mets in their minor league system from 2005-2008. He holds the distinction of being the first Tibetan professional baseball player.


## EMAIL

gmullens@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Privacy & Cybersecurity Litigation

## EDUCATION

- Yeshiva University – Benjamin N. Cardozo School of Law (J.D., 2012)
  - Articles Editor, Journal of International and Comparative Law
- Columbia University (B.A., political science, 2006)

## BAR ADMISSIONS

- New Jersey
- New York
- U.S. District Court – District of New Jersey
- U.S. District Court – Eastern District of New York
- U.S. District Court – Southern District of New York
- U.S. 3rd Circuit Court of Appeals

## EXPERIENCE

- *Calhoun et al. v. Google LLC*
- *In re: Allstate & Arity*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*
- *White v. Samsung Electronics America, Inc. et al.*

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Nathan R. Ring

OF COUNSEL

**Nate Ring oversees the firm's Las Vegas office. He concentrates his practice in the areas of labor, employment, ERISA and election law. He has represented working people and their unions across Nevada, Oregon and Washington.**

Mr. Ring serves as counsel to the Nevada State AFL-CIO, Southern Nevada Building Trades Unions, the Building and Construction Trades Council of Northern Nevada, and numerous local unions. He has also served as counsel for numerous union-affiliated political action committees. He represents clients in federal and state trial and appellate courts, before administrative agencies, in arbitrations and mediations, and in the negotiation of collective bargaining agreements.

Mr. Ring earned his B.A. in public affairs in 2007 from Wayne State University in Detroit, Michigan. During his undergraduate studies, he managed and worked on Democratic political campaigns and interned for United States Senator Debbie Stabenow. He graduated *cum laude* in 2010 from the University of Nevada, Las Vegas, William S. Boyd School of Law. During law school, he served as an elected officer of the Student Bar Association and as a law clerk for the UAW legal department. He was awarded the Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School.

Following law school, Mr. Ring clerked for a Nevada District Court Judge, then began his practice of law in the representation of labor unions and employee benefit trust funds. In 2015, he received the Go-to Guy Award from the Nevada State AFL-CIO for advice and counsel provided to the state federation and its affiliates during the legislative session. He is a member of the AFL-CIO Union Lawyers Alliance, and was recognized as a Super Lawyers Rising Star in Labor and Employment Law from 2014 - 2020.

A native of Michigan, Mr. Ring resides in Las Vegas with his wife, Nevada Senate Majority Leader Nicole Cannizzaro and their sons, Case and Cole. When not practicing law, he enjoys spending time with his family, watching sports and playing an occasional round of golf.


## PHONE
725.235.9750

## EMAIL
nring@stranchlaw.com

## LOCATION
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102


## PRACTICE AREAS

- Election Law
- Employment & Discrimination Law
- ERISA Trust Funds
- Labor Law
- Labor Unions
- Wage & Hour Disputes

## EDUCATION

- University of Nevada, Las Vegas, William S. Boyd School of Law (J.D., *cum laude*, 2010)
  - Competitor, Conrad Duberstein Bankruptcy Moot Court Competition
  - Secretary, Student Bar Association
- Wayne State University (B.A., Public Affairs, 2007)

## EXPERIENCE

- Lehman v. Nelson, 943 F.3d 891 (9th Cir. 2019): Represented a Taft-Hartley Pension Plan and argued before the Ninth Circuit in a matter of first impression under the Pension Protection Act of 2006.
- Glazing Health & Welfare Fund v. Lamek, 896 F.3d 908 (9th Cir. 2018): Represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.
- Lehman v. Nelson, 862 F.3d 1203 (9th Cir. 2017): Represented a Taft-Hartley Pension Plan in a successful Ninth Circuit appeal of a district court decision concerning contribution reciprocity under the Pension Protection Act of 2006.
- International Brotherhood of Teamsters, Airline Division v. Allegiant Air, LLC, 788 F.3d 1080 (9th Cir. 2015): Represented an international labor union and argued before the Ninth Circuit in an appeal raising an issue of first impression concerning bargaining under the Railway Labor Act.
- W.G. Clark Construction Co. v. Pacific NW Regional Council of Carpenters, 322 P.3d 1207 (Wash. 2014): Represented a Taft-Hartley Trust Fund as amici in a case that overturned prior Washington Supreme Court precedent, which held that ERISA Trust Funds could not recover contributions through state-required contractor bonds.
- Operating Engineers Pension Trust v. Thornton Concrete Pumping, 806 F.Supp.2d 1135 (D. Nev. 2011): Successfully represented Taft-Hartley Trust Funds in obtaining a district court judgment against a general contractor for its subcontractor's unpaid fringe benefit contributions under Nevada Revised Statutes 608.150.

## BAR ADMISSIONS

- Oregon
- Nevada
- Washington
- U.S. District Court – District of Nevada
- U.S. District Court – District of Oregon
- U.S. District Court – Eastern District of Washington
- U.S. District Court – Western District of Washington
- U.S. 9th Circuit Court of Appeals

SJG
STRANCH, JENNINGS & GARVEY PLLC

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Labor Partner of the Year Award from the Southern Nevada Building Trades Unions (2022)
- Super Lawyers Rising Star, Employment and Labor Law (2014 – 2020)
- Go-to Guy Award, Nevada State AFL-CIO (awarded by the executive secretary-treasurer for representation of the labor movement during the 2015 Nevada Legislative Session)
- Young Lawyers Division Fellow, ABA Labor & Employment Law Section (2012)
- Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School, William S. Boyd School of Law, UNLV (2010)

*Memberships*

- State Bar of Nevada
- Washington State Bar Association
- Oregon State Bar
- International Foundation of Employee Benefit Plans
- AFL-CIO Union Lawyers Alliance

## PRESENTATIONS

- "Strategize for Conscious Capital for Turbulent Times," Made in America Taft-Hartley Benefits Summit (2021)
- "LMRDA: An Overview," Southern Nevada Building Trade Unions Conference (2021)
- "Update on the Substance Abuse Epidemic and Controlling Behavioral Health Costs," Made in America Taft-Hartley Benefits Summit (2019)
- "Election Campaigns: Legal Overview," Nevada State AFL-CIO COPE Conference (2018)



# Michael Tackeff

OF COUNSEL

**Michael (Mike) Tackeff is a proficient litigator in the areas of complex civil litigation, class action and appellate litigation in state and federal courts, along with consumer protection, constitutional law and civil rights litigation.**

Prior to joining Stranch, Jennings & Garvey in 2025, he was an Assistant United States Attorney serving as the Deputy Appellate Chief for the Middle District of Tennessee, where he litigated both civil and criminal matters. These included criminal and civil appellate litigation in the Sixth Circuit, affirmative cases under the False Claims Act and the Americans with Disabilities Act, and defensive suits against the United Sates under the Federal Tort Claims Act.

Mr. Tackeff earned his B.A. and M.A in 2012 from Brown University and received his J.D. in 2018 from Vanderbilt University Law School. While in law school, he served as a law clerk in multiple divisions of the Tennessee Attorney General's Office, a legal intern at the Southern Environmental Law Center and a judicial internship with Melvin S. Hoffman, Chief Judge of the U.S. Bankruptcy Court for the District of Massachusetts. Prior to law school, he worked as a paralegal for a boutique complex litigation firm in Boston, Massachusetts.

After earning his J.D., Mr. Tackeff served as a law clerk for the Hon. Gilbert S. Merritt on the Sixth Circuit Court of Appeals and practiced law at Bass, Berry & Sims in Nashville, litigating bankruptcy, commercial, white-collar defense, and appellate cases in state and federal court. He also maintained a robust pro bono practice, working on death penalty litigation, asylum claims for Afghan refugees, and advocacy for Medicaid recipients.

In his spare time, Mr. Tackeff is an avid ceramicist and photographer. He also teaches as an adjunct faculty member at Vanderbilt Law School.


## PHONE
615.254.8801

## EMAIL
mtackeff@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Appellate Practice
- Civil Rights
- Class Action
- Civil Litigation
- Complex Litigation
- Constitutional Law
- Consumer Protection

## EDUCATION

- Vanderbilt Law School (J.D., 2018)
- Brown University (B.A./M.A, 2012)

## CLERKSHIP

- Hon. Gilbert S. Merritt, Jr., U.S. Court of Appeals for the Sixth Circuit

## BAR ADMISSIONS

- Pennsylvania
- Tennessee
- U.S. District Court — Eastern District of Tennessee
- U.S. District Court — Middle District of Tennessee
- U.S. District Court — Western District of Tennessee
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Honors*

- Super Lawyers® Rising Star (2023)

## MEMBERSHIPS

- Nashville Bar Association

## SEMINARS & PUBLISHED WORKS

*Published Works*

- The Uncommon Institutionalist – Judge Merritt and the Art of the Dissent, in A Theory and Practice of Justice: A Selective Review of the Jurisprudence, Outlook, and Significant Cases of Judge Gilbert S. Merritt, 91 TENN. L. REV. 537 (2024)
- Pleading Diligence in Preference Complaints, 41-Sep. AM. BANKR. Inst. J. 14 (Sept. 2022)
- Justice by Lot: The Taboo of Chance Verdicts in America, 16 U. ST. THOMAS L. J. 209 (2020)
- Constructing a "Creative Reading": Will U.S. State Cannabis Legislation Threaten the Fate of the International Drug Control Treaties?, 51 VAND. J. TRANSNAT'L L. 247 (Jan. 2018)

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Darrius D. Dixon

ATTORNEY


## PHONE

615.913.4135

## EMAIL

ddixon@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Darrius Dixon joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Mr. Dixon is a 2017 graduate of Middle Tennessee State University (MTSU) with a Bachelor of Science in criminal justice and homeland security, and a double minor in political science and psychology. While obtaining his degree, he also studied abroad in London, England.

He earned his J.D. in 2022 from the University of Tennessee's Winston College of Law, where he served as vice president of the Student Bar Association and held roles in the Health Law Society and Student Wellness Committee.

While in law school, Mr. Dixon worked as a student attorney in the University of Tennessee Law Wills Clinic, representing clients in estate planning and uncontested conservatorship cases. He also served as a legal intern at the Tennessee Valley Authority (TVA) in areas including administrative law, environmental law, civil defense litigation and state/federal regulatory compliance.

Following law school, Mr. Dixon practiced as an associate with the Knoxville-based Lewis Thomason P.C. law firm in the areas of insurance defense, commercial litigation and data privacy breach response. He also served as a healthcare litigation associate with Starnes Davis Florie LLP, representing hospitals, skilled nursing facilities and individual medical providers.

After graduating from MTSU, Mr. Dixon attended the Regional Law Enforcement Training Academy in Greeneville, Tennessee, and served as a police officer for two years before attending law school.

He resides in the Nashville area and teaches as an adjunct professor at MTSU. In his personal time, he enjoys drumming, cooking, traveling and volunteering with local community organizations.

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2022)
  - Vice President, Student Bar Association
  - Julian Blackshear Scholarship Award
  - Napier Looby Scholarship Award
  - William W. Hawkins Scholarship Award
  - Leadership Development Programming Assistant, UT Haslam College of Business
- Middle Tennessee State University (B.S. in Criminal Justice and Homeland Security, 2017)
  - Double minor in Political Science and Psychology

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Tennessee Bar Association
- Nashville Bar Association
- American Bar Association
- Napier-Looby Bar Association
- International Association of Privacy Professionals

## PRESENTATIONS

- Presentation speaker for the Tennessee School Resource Officer Association Conference (June 2023)
- Guest speaker for the Mt. Zion Missionary Baptist Church of Asheville, North Carolina (June 2023)

SJG

STRANCH, JENNINGS & GARVEY
PLLC




## PHONE
615.254.8801

## EMAIL
sdouthit@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


# Samuel W. Douthit

ASSOCIATE ATTORNEY

**Samuel Douthit is an associate attorney specializing in complex civil litigation, including data breach and privacy class actions, in both state and federal courts.**

He graduated summa cum laude in 2022 with a Bachelor of Science in finance and a minor in mathematics from the University of Tennessee-Knoxville. He served as president of the Men's Club Soccer Team and was a Haslam College of Business Global Leadership Scholar.

Mr. Douthit earned his J.D. degree cum laude in 2025 from Indiana University's Maurer School of Law, where he worked with the Intellectual Property Clinic, served as an online editor for the Indiana Law Journal and participated in the Sherman Minton Moot Court competition. During his summers off from law school, he worked as a law student attorney for a firm in Indiana and a small firm in Nashville, where he represented individuals in a wide variety of legal needs.

Mr. Douthit resides in the Nashville area with his wife and two cats. In his spare time, he enjoys running, watching his beloved Borussia Dortmund football club and Nashville Soccer Club, and eating at restaurants up and down Nolensville Road.

## PRACTICE AREAS

- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- Indiana University, Maurer School of Law (J.D., cum laude, 2025)
  - Online Editor, Indiana Law Journal
  - Participant, Sherman Minton Moot Court
  - Associate, Intellectual Property Law Clinic
- University of Tennessee (B.S., Finance, summa cum laude, 2022)
  - Global Leadership Scholar
  - Men's Soccer Club President

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Tennessee Bar Association
- Nashville Bar Association

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Mariah S. England

ASSOCIATE ATTORNEY

**Mariah S. England rejoined Stranch, Jennings & Garvey in early 2026 after previously working at the firm as a law clerk and complex litigation practice coordinator. She has worked in complex litigation for over a decade and brings a strong background in client advocacy and leadership to her role as associate attorney.**

Ms. England earned her J.D. from the University of Denver Sturm College of Law in 2024, where she ranked in the top 20 of her class. During her time in law school, she was recognized with the university's Hartje Objective Writing Award — an academic honor presented for superior performance in legal research and writing — and fulfilled the additional requirements for workplace law certification. In addition, she served as president of the Student Plaintiffs Bar for two terms, as well as part-time vice president and American Bar Association (ABA) liaison for the Student Bar Association.

She also holds a Master of Science degree in criminal justice administration from Southeast Missouri State University (2021). She is a 2011 graduate of Missouri Southern State University, where she obtained a Bachelor of Science degree in criminal justice administration with a double minor in paralegal studies and law enforcement.

## PHONE

615.913.4135

## EMAIL

mengland@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Litigation
- Complex Litigation
- Employment & Discrimination Law

## EDUCATION

- University of Denver, (J.D., 2024)
  - Hartje Objective Writing Award
  - President, Student Plaintiffs Bar
  - Vice President and ABA liaison, Student Bar Association
  - Orientation Leader (2022-23 and 2023-24)
- Southeast Missouri State University (M.S. in Criminal Justice Administration, 2021)
- Missouri Southern State University (B.S. in Criminal Justice Administration, 2011)
  - Minor in Paralegal Studies and Law Enforcement
  - Academic Award: Criminal Justice

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Eastern District of Tennessee (pending)
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Kentucky Bar Association

## COMMUNITY INVOLVEMENT

- Pro bono work with the NAACP (Colorado, Wyoming & Montana Chapter)

STRANCH, JENNINGS & GARVEY PLLC




## PHONE

615.254.8801

## EMAIL

efischer@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


# Elizabeth Fischer

ATTORNEY

**Elizabeth Fischer officially joined Stranch, Jennings & Garvey (SJ&G) in 2024. She specializes in complex civil litigation, including class actions, consumer protection, and antitrust in both state and federal courts.**

Since 2009, Ms. Fischer has worked on numerous SJ&G (previously Branstetter, Stranch & Jennings) cases as a contract attorney, with a focus on e-discovery for complex litigation on pharmaceutical antitrust, mass tort consumer protection and securities litigation.

Ms. Fischer has also maintained an independent practice in elder and estate law, serving clients in Pennsylvania and New Jersey, where she prepared wills, administered estates and oversaw guardianships.

A 2004 graduate of Vassar College, Ms. Fischer earned her J.D. in 2008 from Rutgers Law School in Camden, New Jersey. She lives with her husband in Philadelphia, Pennsylvania, and enjoys traveling, trivia (she was a *Jeopardy!* champion in 2017), and organizing a 1,300-plus-member book club and social group.

A Nashville native and graduate of the University School of Nashville, she enjoys seeing her hometown become a vibrant cultural destination.

## PRACTICE AREAS

- Business Litigation
- Antitrust
- Class Action
- Civil Litigation
- Complex Litigation
- Consumer Protection
- Mass Torts

## EDUCATION

- Rutgers Law School — Camden (J.D., 2008)
  - First Year Honors, Dean's List 2L and 3L
  - Association for Public Interest Law Grant Recipient (2007)
  - Internship, Defender Association of Philadelphia, Pennsylvania
  - Children's Justice Clinic (Camden, New Jersey)
  - Pro Bono Publico Award (2008)
- Vassar College (B.A., 2004)

## BAR ADMISSIONS

- New Jersey (2008)
- Pennsylvania (2008)
- Tennessee (2009)

## EXPERIENCE

Representative Cases

- In re: TelexFree Securities Litigation
- In re: Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability
- In re: National Prescription Opiate Litigation; Staubus v. Purdue Pharma et al.
- In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation
- In re: Skelaxin (Metaxalone) Antitrust Litigation
- In re: Dahl v. Bain Capital Partners et al.
- In re: Wellbutrin XL Antitrust Litigation

## COMMUNITY INVOLVEMENT

- District Representative and Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2014-2016)
- Committeeperson, Philadelphia Democratic Committee, 21st Ward, Philadelphia, PA (2014-2018)
- Trustee, Manayunk Neighborhood Council, Philadelphia, PA (2016-2018)
- Recording Secretary & Executive Board Member, Central Roxborough Civic Association, Philadelphia, PA (2016-2020)

## PRESENTATIONS, SEMINARS AND PUBLISHED WORKS

- "Disasters, Families, and the Law," Acknowledgement, 28 Women's Rights Law Reporter 35 (2007).

## LANGUAGES

- English
- French

SJG
STRANCH, JENNINGS & GARVEY PLLC




## PHONE

314.390.6750

## EMAIL

cgarvey@stranchlaw.com

## LOCATION

Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


# Colleen Garvey

ATTORNEY

**St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.**

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy & Cybersecurity Litigation
- Sexual Abuse & Assault Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Missouri Lawyers Media's 2025 Up & Coming Attorneys
- 2024 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Anisha Guru

ATTORNEY

**Anisha Guru joined Stranch, Jennings & Garvey as an attorney in 2025 and works in several of the firm's practice areas, including mass torts, personal injury and class action litigation. She became interested in plaintiff work after observing how vigorous legal representation can empower individuals and communities.**

Ms. Guru is a 2025 graduate of Saint Louis University School of Law. While earning her law degree, she worked as an intern for Legal Action of Wisconsin, where she advocated for and helped deliver civil legal services to vulnerable populations. Later in law school, she joined Stranch, Jennings & Garvey as a law clerk, gaining hands-on experience with civil litigation, including assisting the trial team in the Gill v. Abbott Laboratories case that resulted in a $495 million verdict in the City of St. Louis.

During law school, Ms. Guru also practiced as a Rule 13 certified law student for Saint Louis University's Entrepreneurship and Community Development Clinic, advising and representing small businesses and nonprofits operating in the St. Louis area. In addition, she served as president of the Asian American Law Students Association.

Ms. Guru is a 2022 graduate of the University of Wisconsin-Madison, where she earned a Bachelor of Science degree in Legal Studies and Economics with a concentration in Criminal Justice.

She resides in St. Louis with her cat, Toulouse. In her free time, she enjoys reading, traveling and watching movies.


## PHONE
314.390.6750

## EMAIL
aguru@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury

## EDUCATION

- Saint Louis University School of Law (J.D., 2025)
  - Law Clerk, Stranch, Jennings & Garvey
  - Intern, Legal Action of Wisconsin
  - Rule 13 Certified Law Student, Entrepreneurship and Community Development Clinic
  - President, Asian American Law Students Association
- University of Wisconsin-Madison (B.S. in Legal Studies and Economics, 2022)
  - Concentration in Criminal Justice

## BAR ADMISSIONS

- Missouri
- U.S. District Court — Eastern District of Missouri
- U.S. District Court — Western District of Missouri

## EXPERIENCE

*Representative Cases*

- Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri)

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Missouri Asian American Bar Association

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Michael Iadevaia

ATTORNEY

**Michael Iadevaia focuses his practice on complex and class action litigation and labor union and worker representation across all labor and employment issues, including traditional labor, employment discrimination, wage and hour, and ERISA.**

Immediately before joining the firm, Mr. Iadevaia served as a law clerk for the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. He also worked for a prominent union-side labor law firm in Washington, D.C., where he represented local and international labor unions and their workers in federal courts, state courts, administrative tribunals and arbitrations, and clerked for a federal district court judge.

While in law school, Mr. Iadevaia worked for the Cornell Labor Law Clinic, where he represented workers and their unions in multiple arbitrations and unfair labor practice charges before the NLRB. He received the CALI Award for Excellence for receiving the highest grade in his labor law course, and won first place in the national College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition, publishing his piece on antitrust issues in no-poach agreements in the ABA Journal of Labor & Employment Law.

Mr. Iadevaia also served as a teaching assistant for an undergraduate course in labor and employment law, for which he earned the General Mills Award for Exemplary Graduate Assistant Teaching, and interned with the U.S. Department of Justice, Civil Rights Division, Disability Rights Section.

Mr. Iadevaia's sustained interest in workers' rights preceded his legal career. During his undergraduate studies at Cornell University's School of Industrial and Labor Relations, he served as a field examiner intern for Region 29 (Brooklyn) of the National Labor Relations Board, and as a research assistant for a professor regarded as a leading authority on union organizing and collective bargaining.

Originally from New York, Michael enjoys exploring Nashville and greater Tennessee. In his free time, he takes pride in cooking Italian cuisine and playing clarinet for the Nashville Community Concert Band.


## PHONE

615.254.8801

## EMAIL

miadevaia@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Appellate Practice
- Class Action
- Complex Litigation
- Employment Law
- ERISA Trust Funds
- Labor Law

## EDUCATION

- Cornell Law School (J.D., *cum laude*, 2019)
  - Articles Editor, Cornell Law Review
  - General Mills Award for Exemplary Graduate Teaching
  - CALI Award for Excellence in Labor Law
  - First Place, College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition
- Cornell University, School of Industrial and Labor Relations (B.S., *with honors*, 2016)

## CLERKSHIP

- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

SJG
STRANCH, JENNINGS & GARVEY
PLLC

## BAR ADMISSIONS

- New York
- Tennessee
- U.S. District Court – District of Columbia
- U.S. District Court – Middle District of Tennessee
- U.S. District of Columbia Circuit Court of Appeals
- U.S. 3rd Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 7th Circuit Court of Appeals
- U.S. 10th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Activities*

- Contributing Editor, *The Developing Labor Law*

*Memberships*

- American Bar Association
- D.C. Bar Association

## PUBLISHED WORKS

- Poach-No-More: Antitrust Considerations of Intra-Franchise No-Poach Agreements, 35 *ABA Journal of Labor & Employment Law 151* (2020)

## LANGUAGES

- English
- Italian



# Jooyoung Koo

ATTORNEY

**Jooyoung Koo is an attorney with a robust background in intellectual property, antitrust and consumer protection. She began her law career as a staff attorney at a national class action and complex plaintiffs' litigation law firm, contributing to complex commercial and securities litigation.**

Ms. Koo is recognized for her ability to navigate complex legal landscapes through diligent document review and insightful research analysis. Her detail-oriented approach is instrumental in building comprehensive, data-driven strategies for the firm's most sophisticated litigation matters.


## EMAIL

jkoo@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- DePaul University College of Law (J.D., 2012)
- Northwestern University (B.S., Organization Behavior Studies, 2008)
- University of North Carolina School of the Arts (B.F.A., Sound Design & Engineering, 2005)

## BAR ADMISSIONS

- Illinois
- New York
- Washington

## EXPERIENCE

- *Calhoun et al. v. Google LLC Consumer*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: ZF-TRW Airbag Control Units Products Liability Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*
- *White v. Samsung Electronics America, Inc. et al.*

## LANGUAGUES

- Korean

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Kyle C. Mallinak

ATTORNEY

**Kyle Mallinak is an experienced litigator in the areas of complex civil litigation, business litigation and administrative law.**

Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, he spent four years as an assistant attorney general in Colorado and Tennessee, where he litigated disciplinary proceedings against healthcare professionals and oversaw investigations against unlicensed healthcare facilities. He previously served as a judicial clerk for the Hon. Robert E. Payne in the U.S. District Court for the Eastern District of Virginia and for the Hon. Eugene E. Siler in the U.S. 6th Circuit Court of Appeals.

Mr. Mallinak is a native of Kingsport, Tennessee. He obtained his B.A. in international studies from the University of South Carolina in 2010, where he was named a McNair Scholar. He earned his J.D. from the University of Virginia School of Law in 2013, where he received a Dean's Scholarship and served as an editor for the Virginia Law Review. While at Virginia, he received an award from the National Association of Women Lawyers for his work in securing the constitutional rights of female military service members.

Mr. Mallinak lives in Nashville with his wife and two black cats. In his free time, he studies the political views and writings of the Founding Fathers.

## PHONE

314.390.6750

## EMAIL

kmallinak@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Bank Fees
- Business Litigation
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Rights

## EDUCATION

- University of Virginia School of Law (J.D., 2013)
  - Editor, *Virginia Law Review*
  - Dean's Scholarship
  - Order of the Coif
  - Outstanding Student Award, National Association of Women Lawyers
- University of South Carolina (B.A., 2010)
  - Graduate of the South Carolina Honors College
  - McNair Scholar

## CLERKSHIP

- Hon. Robert E. Payne of the U.S. District Court for the Eastern District of Virginia
- Hon. Eugene E. Siler of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Janna Maples

ATTORNEY


## PHONE
615.254.8801

## EMAIL
jmaples@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Janna Maples joined Stranch, Jennings, & Garvey in 2017 and has spent the majority of her time with the firm working on complex product liability cases. During litigation, she focuses on corporate discovery, case strategy, questioning of witnesses, expert witnesses and trial strategy.**

Ms. Maples previously worked on the firm's opioid litigation, and her work was integral to plaintiffs obtaining a default judgment against Endo Pharmaceuticals for discovery misconduct and uncovering Endo's years of discovery malfeasance throughout the country. In 2022, Ms. Maples and the members of the opioid team were awarded the Outstanding Trial Lawyer of the Year Award from the Tennessee Trial Lawyers Association for their work on opioid litigation on behalf of cities and counties in Northeast Tennessee.

Ms. Maples is currently actively litigating cases against infant formula manufacturers Abbott and Mead Johnson concerning the use of their products for premature infants, which increases the risk of the deadly disease necrotizing enterocolitis (NEC). In 2024, her work as a member of the trial team helped secure the first jury verdict in an NEC case against Abbott Laboratories.

Ms. Maples earned a Juris Doctorate from Vanderbilt University Law School, where she served as Chief Justice of the Moot Court Board and was awarded the Scholastic Excellence Award in Environmental Law. She earned her undergraduate degree in English and Political Science from Auburn University.

## PRACTICE AREAS

- Class Action
- Mass Torts
- Personal Injury
- Product Liability
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2013)
  - Chief Justice of the Moot Court Board
  - Scholastic Excellence Award in Environmental Law
- Auburn University (B.A., 2010)

## EXPERIENCE

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.
- Staubus v. Purdue Pharma, Inc. et al. (Sullivan County, Tennessee)
- In re: Loestrin 24 FE Antitrust Litigation (D.R.I.)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court for the Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Super Lawyers MidSouth Rising Star
- Tennessee Trial Lawyer of the Year (2022)

*Memberships*

- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

Ms. Maples regularly speaks at conferences on issues in litigation, discovery, mass torts and class actions.

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Nathan Martin

ATTORNEY

**Nathan Martin concentrates his practice in class actions and civil litigation, with a focus on contract law. A Nashville native, he earned his J.D. in 2021 from the Nashville School of Law, and his B.A. in 2000 from the University of Tennessee. Prior to joining the firm, he worked for many years in the valet parking services industry, where he first managed the private events division, then the valet services division for medical centers and large accounts in the Middle Tennessee area.**

As an attorney, Mr. Martin continues the legal tradition first established by his father, a criminal defense attorney, and models his practice after his father's longtime efforts to protect the rights of his clients and ensure fair treatment under the law.

Away from the office, he resides with his wife and daughter, and enjoys hiking, biking, camping and travel.


## PHONE

615.254.8801

## EMAIL

nmartin@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Bank Fees
- Civil Litigation
- Class Action

## EDUCATION

- Nashville School of Law (J.D. 2021)
- University of Tennessee (B.A., sociology with focus in criminal justice, 2000)

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Tennessee Bar Association (2021)
- Nashville Bar Association (2022)

STRANCH, JENNINGS & GARVEY
PLLC



## PHONE
615.254.8801

## EMAIL
nmartin@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

# Miles McDowell

ATTORNEY

**Miles McDowell joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal courts.**

Mr. McDowell is a 2018 graduate of the University of Tennessee (UT), where he obtained a Bachelor of Science in sport management and a double minor in business and political science. While pursuing his degree, he also coached basketball for several high schools in the Knoxville area and Amateur Athletic Union (AAU) teams.

He earned his J.D. in 2021 from the University of Tennessee's Winston College of Law, where he served as treasurer of the Black Law Student Association; vice president of the Sports and Entertainment Law Society; a Diversity, Equity and Inclusion Fellow; and teaching assistant in both tort and criminal law.

While in law school, Mr. McDowell also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, defending clients facing criminal prosecution and assisting other clients in their reentry into society following criminal convictions.

Upon completion of the clinic course, he was selected as a student assistant and continued working in the clinic during his final year of law school, where he was ultimately awarded the James Powers Award in Criminal Advocacy and the Julian Blackshear Outstanding Student Award.

Following law school, Mr. McDowell relocated to Nashville, where he practiced at another law firm in criminal defense, domestic relations, general civil litigation and collections. Because of his efforts and commitment to provide zealous representation to his clients, Mr. McDowell was named a Rising Star in 2024 in Thomas Reuter's annual Mid-South Super Lawyers listings.

In his personal time, Mr. McDowell enjoys watching documentaries, traveling, being a UT sports fan and volunteering with local community organizations.

---

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2021)
  - Vice President, Sports and Entertainment Law Society
  - Treasurer, Black Law Student Association
  - James Powers Award in Criminal Advocacy
  - Julian Blackshear Outstanding Student Award
- University of Tennessee (B.S. in sport management, 2018)
  - Double minor in business and political science

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- Nashville Bar Association
- Tennessee Association of Criminal Defense Lawyers
- Tennessee Bar Association

SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Andrew E. Mize

ATTORNEY

**Andrew Mize is an attorney in the Class Action and Privacy & Cybersecurity groups. With more than a decade of experience in complex civil litigation in his home state of Kentucky and across the country, he regularly litigates class actions in state and federal courts on behalf of consumers, patients and others.**

Mr. Mize has represented plaintiffs and class members in numerous class actions involving cybersecurity breaches and unauthorized disclosures of personal information through online tracking technologies, as well as in consumer injury and industrial explosion cases.

He has proudly represented numerous individuals, including minors, in cases involving personal injury, medical malpractice, education law, sexual abuse and civil rights — obtaining highly-favorable results.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008 with double majors in government and history and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PHONE

615.254.8801

## EMAIL

amize@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy & Cybersecurity Litigation
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Kentucky
- U.S. District Court – Western District of Kentucky
- U.S. District Court – Eastern District of Michigan
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Successfully litigated numerous data breach class action cases.
- Appointed co-lead interim class counsel in consolidated data breach class action, *In re: Seven Counties Services, Inc. Data Breach Litigation,* 24-CI-007516 (Jeff. Co. Ky. Cir. Ct) (Jan. 14, 2025).
- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.,* 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020).
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages.
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligent supervision, including bullying and discrimination.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Association of Justice
- American Bar Association
- Kentucky Bar Association
- Kentucky Justice Association
- Phi Alpha Delta Law Fraternity

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek,* 50 U. LOU. L. REV. 383 (2011).



## PHONE
615.254.8801

## EMAIL
amurray@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

# Andrew Murray

ATTORNEY

**Andrew Murray joined Stranch, Jennings & Garvey in 2025 after serving as a partner for the Vernia Law Firm in Washington, D.C. He holds licenses in the District of Columbia and Tennessee.**

Mr. Murray's experience includes counseling clients across an array of industries, representation of clients facing disbarment from federal contracting and investigation of whistleblowers' allegations. Through these opportunities, he gained experience with a variety of federal laws, including the Affordable Care Act, Anti-Kickback Statute, Bank Secrecy Act, False Claims Act, Social Security Act, Stark Law, and Medicare and Medicaid regulations.

He has also collaborated with personnel from federal and state agencies, including the Center for Medicare and Medicaid Services, Consumer Financial Protection Bureau, Department of Justice, Department of State, Department of Transportation, Department of Veterans Affairs, Federal Highway Administration and U.S. Office of Personnel Management.

Mr. Murray received his law degree from Vanderbilt Law School in 2016, where he participated in the Law and Business Program, and earned his B.A., summa cum laude, from Western Kentucky University in 2009.

While at law school, Mr. Murray participated in multiple internships, including work with the Tennessee Office of the Attorney General and Reporter, Tennessee Department of Children's Services and DCS Office of General Counsel. He also served as an extern at the Office of the Attorney General of the State of Tennessee's Medicaid Fraud and Integrity Division in Nashville, and worked on matters involving immigration, administrative, property and criminal law while serving as a legal researcher at a Nashville law firm.

Prior to matriculation at Vanderbilt, Mr. Murray was employed by the Commonwealth of Kentucky, where he worked with state Medicaid programs and in social services.

## PRACTICE AREAS

- Class Action

## EDUCATION

- Vanderbilt Law School (J.D., 2016)
  - CFC Carole Bailey Scholarship Winner
  - Law Students for Social Justice
  - Moot Court
  - International Law Lab
  - Actual Innocence Practicum
  - 2015 Expert Institute Legal Writing Scholarship Winner
- Western Kentucky University (B.A., summa cum laude, 2009)
  - Mock Trial Team
  - Gamma Beta Phi
  - Psi Chi
  - Student Researcher, Infant Cognition Lab
  - Presenter, Sigma Psi Research Conference
  - Mock Trial Attorney Award
  - Undergraduate Achievement Award

## BAR ADMISSIONS

- District of Columbia
- Tennessee

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Published Works*

- False Claims Act and Government Fraud Deskbook, 2019 Edition (three volumes) TRANSNAT'L L. 247 (Jan. 2018)

STRANCH, JENNINGS & GARVEY PLLC




## PHONE

615.254.8801

## EMAIL

jroberts@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


# John C. Roberts

ATTORNEY

**John C. Roberts joined Stranch, Jennings & Garvey in 2025 after completing his clerkship with Judge Lynne Ingram of the Eighth Circuit Court for Davidson County, Tennessee. He specializes in complex civil litigation and class actions in both state and federal courts.**

A third-generation trial lawyer, Dr. Roberts is a 2024 graduate of Vanderbilt University, where he obtained both his J.D. and Ph.D. in Law & Economics. While in law school, he spent his summers working for judges in Nashville — first for Magistrate Judge Jeffery S. "Chip" Frensley of the U.S. District Court for the Middle District of Tennessee, and later for Judge Sheila D.J. Calloway of the Davidson County Juvenile Court. In addition, he worked as a law student attorney for a small law firm in Texas, where he represented small businesses in commercial disputes.

Dr. Roberts' work for the Davidson County Juvenile Court led to his dissertation, titled "The Efficacy of Risk Assessment Instruments in Juvenile Pretrial Detention," in which he analyzed a risk assessment tool used by local officials in determining whether to detain juvenile arrestees pending trial. His research was supervised by leading economists and juvenile justice experts, including Christopher Slobogin, one of the nation's foremost scholars on risk assessment algorithms.

Prior to law school, Dr. Roberts received his master's and bachelor's degrees in economics from the University of Texas at Austin. During college, he interned for the Antitrust Division of the Texas Attorney General's Office, working with attorneys and staff economists on consumer protection investigations. After graduating with his master's degree at age 21, he was hired as one of the youngest adjunct assistant professors of economics at his local community college, where he taught introductory macroeconomics.

A native Texan, Dr. Roberts now calls Nashville home. In his spare time, he is an aspiring farmer, raising pigs, improving his cattle-handling skills and, most importantly, driving his tractor. He also enjoys camping, off-roading, carpentry, and playing piano and guitar.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- ERISA Trust Funds
- Privacy & Cybersecurity Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2024)
  - Branstetter Litigation & Dispute Resolution Program
- Vanderbilt University (Ph.D., Law & Economics, 2024)
  - Behavioral Law & Economics; Criminal & Juvenile Justice Policy
  - Russell G. Hamilton Scholar
  - University Graduate Fellow
- University of Texas in Austin (M.A., Economics, 2018)
- University of Texas in Austin (B.A. with High Honors, Economics, 2017)
  - Minors in Mathematics and Business Administration
  - Special Honors in Economics

## CLERKSHIP

- Hon. Lynne T. Ingram, Eighth Circuit Court for Davidson County, Twentieth Judicial District, State of Tennessee (2024-2025)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Southern District of Texas

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Joshua Samra

ATTORNEY

**Joshua Samra is an associate at Stranch, Jennings & Garvey, where his practice focuses on the litigation of antitrust, consumer protection and securities matters.**

Prior to joining Stranch, Jennings & Garvey, Mr. Samra served as an associate at a national litigation firm. He was a significant member of the legal team that litigated *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in the largest privacy class action settlement in history at $725 million.

He also serves as an attorney for Plaintiffs' Counsel in *In: re Google RTB Consumer Privacy Litigation* team, in which a groundbreaking settlement was recently noticed after four years of hard-fought litigation; and in *In: re Wells Fargo & Co. Consolidated Derivative Shareholder Litigation*, a derivative shareholder action, which recently achieved preliminary approval of a settlement valued at $110 million.

Mr. Samra also previously served as a deputy district attorney in California's Contra Costa County where he oversaw all phases of criminal prosecutions, such as arguing pre-trial motions, litigating post-trial appeals and prosecuting 10 jury trials to verdict.


## EMAIL

jsamra@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


## PRACTICE AREAS

- AI Copyright Litigation
- Antitrust
- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- Corporate Governance
- Privacy & Cybersecurity Litgation
- Product Liability

## EDUCATION

- University of California, Los Angeles (J.D., 2016)
  - Associate editor, UCLA Law Review
- University of California, Berkeley (B.A., Political Science, 2013)

## BAR ADMISSIONS

- California
- U.S. District Court – Central District of California
- U.S. District Court – Northern District of California
- U.S. District Court – Eastern District of Michigan

## EXPERIENCE

- *Calhoun et al. v. Google LLC Consumer*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Wells Fargo & Co. Consolidated Derivative Shareholder Litigation*
- *Sydney Ji, et al. v. Naver Corp. et al.*

## PROFESSIONAL HONORS & ACTIVITIES

Awards

- Best Lawyers: Ones to Watch® in America (2026)
- Super Lawyers – Northern California Rising Star (2023-2025)

Memberships

- The Sedona Conference
  - Working Group 1 on Electronic Document Retention and Production
  - Working Group 6 on International Electronic Information Management, Discovery and Disclosure

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Margaret “Margo” Strakosch

ATTORNEY

**Margaret (“Margo”) Strakosch is a projects associate at Stranch, Jennings & Garvey and plays a significant role in the firm’s complex litigation efforts, focusing on legal research and analysis, case development and discovery in major class actions.**

Ms. Strakosch contributed to the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resulted in a historic $725 million settlement — the largest recovery ever achieved in a data privacy class action.

Before joining the firm, Ms. Strakosch gained valuable judicial experience serving as a law clerk for Justice Susan M. Carney of the Alaska Supreme Court and the U.S. Department of Labor’s Office of Administrative Law Judges.


## EMAIL

mstrakosch@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- University of Michigan Law School (J.D., 2016)
  - Executive Editor, Michigan Journal of International Law
  - Member, Environmental Law Society
- The Thomas More College of Liberal Arts (B.A., Political Science, 2008)

## CLERKSHIPS

- Alaska Supreme Court Justice Susan M. Carney
- U.S. Department of Labor’s Office of Administrative Law Judges

## BAR ADMISSIONS

- California

## EXPERIENCE

- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *White v. Samsung Electronics America, Inc.*

STRANCH, JENNINGS & GARVEY
PLLC



# Katherine "Kasey" Sullivan

ATTORNEY

**Katherine (Kasey) Sullivan joined Stranch, Jennings & Garvey in early 2026 as a projects associate. She brings nearly three decades of experience in business and employment litigation and e-discovery to the firm, and is well-versed in helping to develop new antitrust, consumer rights and privacy rights cases.**

Some of Ms. Sullivan's most recent achievements include serving on the legal team for *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, which resolved with a $725 million settlement — the largest recovery ever achieved in a privacy class action case, along with *In re: Google RTB Consumer Privacy Litigation*, which resulted in landmark injunctive relief for plaintiffs.

During her career, Ms. Sullivan has served as an attorney or consultant at several law firms in the San Francisco Bay Area.


## EMAIL

ksullivan@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


### PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

### EDUCATION

- Northwestern University Pritzker School of Law (J.D., 1999)
- University of California – Berkeley (B.A., Political Science, 1991)

### BAR ADMISSIONS

- California

### EXPERIENCE

- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Domestic Airline Travel Antitrust Litigation*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Google RTB Consumer Privacy Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*
- *In re: White v. Samsung Electronics America, Inc. et al.*

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# K. Grace Stranch

ATTORNEY

**Grace Stranch joined Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2014, and focuses her practice on class actions and labor and employment litigation, particularly union representation. Her legal work also includes consumer protection, election law, civil rights and personal injury.**

She has been honored by the Tennessee Supreme Court as an Attorney for Justice for her commitment to pro bono work. In addition, the Tennessee Bar Association (TBA) has spotlighted her achievements as a young attorney, and the Nashville Bar Association (NBA) selected her for participation in its 2020 Leadership Forum.

Ms. Stranch sits on the diversity committees of the TBA and NBA, serves as the legislative and lobbying co-chair for the Lawyers' Association for Women, and is the co-president of the American Constitution Society, a leading progressive legal organization. She has led and participated in legal observing of protests for the National Lawyers Guild, assisted in founding the Tennessee Trial Lawyers Association's Women's Caucus, and is a member of the AFL-CIO's Lawyers Coordinating Committee.

She is also involved with the Women for Tennessee's Future: Young Leaders and the Women's Political Collaborative. Ms. Stranch is active in numerous environmental causes, including the Middle Tennessee Sierra Club, the Environmental Defense Fund, United Mountain Defense, the Appalachian Public Interest Environmental Law Conference, and environmental coalitions across the region.

Ms. Stranch earned her J.D. in 2014 from the University of Tennessee College of Law, where she helped found the American Constitution Society and served as president of the Environmental Law Association. She is a 2010 graduate of Rhodes College, where she was selected for a year-long study of globalization through the International Honors Program.


## PHONE
615.254.8801

## EMAIL
graces@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Constitutional Law
- Employment & Discrimination Law
- Environmental Law
- Labor Law

## EDUCATION

- University of Tennessee College of Law (J.D., 2014)
  - American Constitution Society, Founder and President
  - Environmental Law Association, President
  - ENLACE, Event Coordinator
- Rhodes College (B.A., 2010)
  - International Honors Program

## BAR ADMISSIONS

- Tennessee

## EXPERIENCE

- Litigated on many notable large class actions, including Volkswagen, Anthem and opioid litigation
- Ongoing representation of unions in arbitration and before the National Labor Relations Board, campaign organization
- Regularly represents parties in discrimination, harassment and personal injury cases
- Routinely advises nonprofit and grassroots organizations on legal issues, including employment, environmental and civil disobedience laws
- Ongoing representation of political candidates and organizations concerning election protection and constitutional issues

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- ATHENA Young Professional Award Recipient (2020)
- New Leaders Council Fellow (2020)
- Nashville Bar Association, Leadership Forum Participant (2020)
- Tennessee Supreme Court, Attorney for Justice (2018, 2019)
- American Constitution Society's National Rookie Lawyer Chapter Chair of the Year (2018)
- Tennessee Supreme Court, Law Student for Justice (2014)

*Memberships*

- Tennessee Trial Lawyers Association (2018 – present)
- Nashville Bar Association (2014 – present)
- Tennessee Bar Association (2014 – present)
- American Constitution Society (2011 – present)
- National Lawyers Guild (2011 – present)

## COMMUNITY INVOLVEMENT

- Harpeth Conservancy
  - Chief Executive Officer (2023 – present)
  - Chief Operating Officer (2021 – 2023)
- Tennessee Trial Lawyers Association
  - *Women's Caucus, Co-Founder (2019 – present)*
  - *Board Member and Membership Committee (2018 – 2019)*
- Tennessee Bar Committee for Racial and Ethnic Diversity (2018 – present)
- AFL-CIO's Lawyers Coordinating Committee member (2018 – present)
- American Constitution Society
  - *Next Generation Leader (2014 – present)*
  - *President and Co-Founder, Knoxville Chapter, (2016 – 2017)*
  - *Co-President, Nashville Chapter, 2019 – present*
- Women's Political Collaborative, Community Outreach Chair (2017 – present)
- Appalachian Public Interest Environmental Law Conference (2011 – present)
- Middle Tennessee Sierra Club
  - *Chair (2016 – 2019)*
  - *Vice Chair (2019 – present)*
- Nashville Bar Association Diversity Committee (2015 – 2020)
- United Mountain Defense
  - *Member (2011 – 2013)*
  - *Vice President (2013 – 2020)*
- Environmental Defense Fund Tennessee Ambassador (2018 – 2020)
- Lawyer's Association for Women
  - *Health and Wellness Co-Chair (2016 – 2018)*
  - *Legislative and Lobbying Co-Chair (2018 – 2019)*
- Women for Tennessee's Future: Young Leaders, Co-Chair of events (2017 – 2019)
- Spanish translator with the University of Tennessee College of Law at Centro Hispano (2014)

## LANGUAGES

- English
- Spanish

SJG STRANCH, JENNINGS & GARVEY PLLC




## PHONE
314.390.6750

## EMAIL
ethomas@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


# Ellen A. Thomas

ATTORNEY

**Ellen Thomas joined Stranch, Jennings & Garvey in 2023 and works throughout the firm's practice areas, including personal injury, mass torts and class action litigation.**

Before joining SJ&G, Ms. Thomas worked at several law clinics and prominent law firms in the St. Louis area. She was most recently employed as a premises liability litigation attorney at Morgan & Morgan.

While earning her law degree, Ms. Thomas clerked at the Simon Law Firm, where she gained experience in intellectual property litigation and multidistrict litigation. She then spent the first two years of her career as an attorney at a top insurance defense firm before transitioning back to the plaintiff side.

Ms. Thomas is a 2014 graduate from Saint Louis University. She received her J.D. from Saint Louis University School of Law in 2020, with a concentration in international and comparative law. While in law school, Ms. Thomas served as a research assistant, president of the International Law Students Association and as a teaching fellow mentor for first-year law students.

When not in the office, she enjoys hiking, camping and cooking.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Sexual Abuse & Assault Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Saint Louis University (B.A., 2014)

## CLERKSHIP

- Simon Law Firm

## BAR ADMISSIONS

- Illinois
- Missouri
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PRESENTATIONS

- "Autonomous Vehicles: Emerging Technology, Meet Insurance" Your House Counsel webinar, March 2022

SJG

STRANCH, JENNINGS & GARVEY
PLLC

STRANCH, JENNINGS & GARVEY PLLC

# Glen Tsurudome

STAFF ATTORNEY

**Glen Tsurudome brings more than two decades of experience in civil litigation and e-discovery to his role as a staff attorney, where he focuses on prosecuting consumer and antitrust class actions.**

He is a key member of the teams litigating the *Sydney Ji, et al. v. Naver Corp.*, *White v. Samsung Electronics America, Inc.*, and the *In re: Google Generative AI Copyright Litigation* matters.


## EMAIL

gtsurudome@stranchlaw.com

## LOCATION

1111 Broadway
Suite 300
Oakland, CA 94607


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- E-Discovery

## EDUCATION

- University of San Francisco School of Law (J.D., 2005)
- University of California, San Diego (B.A., Psychology, 2000)

## BAR ADMISSIONS

- California

## EXPERIENCE

- *In re: Allstate & Arity Consumer Privacy Litigation*
- *In re: Bank of America Unauthorized Account Opening Litigation*
- *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*
- *In re: Google Generative AI Copyright Litigation*
- *In re: Local TV Advertising Antitrust Litigation*
- *In re: White v. Samsung Electronics America, Inc. et al.*

## LANGUAGES

- Japanese

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Antitrust

**Fair competition is the cornerstone of a healthy economy, ensuring that those with dominant market power do not exploit consumers and small businesses.**

**Antitrust laws — including the Sherman Act and the Clayton Act — are designed to prevent monopolies and restrictive business practices that stifle innovation and artificially inflate prices. When corporations conspire to fix prices or manipulate markets, they undermine the very principles of the free market, often at the expense of public interest.**

**Antitrust litigation cases can include, but are not limited to:**

- **Anti-competitive mergers and acquisitions**
- **Monopolistic practices and market allocation**
- **Pay-for-delay and pharmaceutical antitrust**
- **Price-fixing and bid-rigging**
- **Tech platform competition and digital markets**
- **Unfair competition**

**At Stranch, Jennings & Garvey, our antitrust team is led by nationally recognized litigators who have consistently taken on some of the world's largest multinational corporations. We specialize in complex litigation that seeks to level the playing field and hold entities accountable for anti-competitive conduct.**

**Our attorneys have been at the forefront of landmark cases across various industries, from local advertising to global technology platforms, recovering billions of dollars for those harmed by unfair business practices.**

**Whether representing individual consumers, small business owners or public entities, SJ&G provides the sophisticated legal strategy and unwavering commitment required to navigate the intricacies of antitrust law. We pride ourselves on our ability to manage the complexities of these cases through thorough preparation and customized strategies.**

**Disclaimer:** *This content is for informational purposes only and does not constitute legal advice. For specific legal guidance, please consult with an attorney.*

## ATTORNEYS IN THIS PRACTICE AREA



**Anne K. Davis**



**Gregory S. Mullens**



**Joshua Samra**



**Lesley E. Weaver**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Appellate Practice

**When a trial results in an unfavorable ruling, the next step often involves taking the case to a higher court in an effort to overturn or modify that ruling. This right is an important safeguard built into the legal system, and these cases require skilled attorneys who understand the nuances of appellate practice.**

**Stranch, Jennings & Garvey attorneys have earned the trust of appellate courts, allowing our team to advocate for clients more effectively than trial lawyers. Our firm approaches appeal cases with in-depth knowledge of legal principles and procedures, which are supplemented by effective arguments to convince the appellate court that the lower court's decision was incorrect. This requires thorough research of legal precedent, forceful oral arguments and persuasive brief writing.**

**Our practice has a successful history of assisting clients whose cases merit appeal to a higher court. If you have experienced an unfavorable court decision, we invite you to contact us.**

## ATTORNEYS IN THIS PRACTICE AREA



**Karla M. Campbell**



**Michael Iadevaia**



**Andrew E. Mize**



**Michael Tackeff**

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Bank Fees

**Some banks and credit unions routinely and improperly assess overdraft fees on customers' debit card transactions, even when those transactions do not overdraw customers' account balances, and charge multiple insufficient funds fees on single transactions. These deceptive practices result in significant and unforeseen costs for customers and violate state and federal fair business practice acts, as well as the terms of the account documents of these financial institutions. In addition to settling numerous overdraft fee disputes against banks and credit unions across the U.S., our firm has also obtained multi-million-dollar settlements against financial institutions for improper fee assessments.**

- **In re: Darty v. Scott Credit Union, No. 19L0798** (St. Clair County, Illinois, Circuit Court, July 13, 2022). Nearly $5.6 million class action settlement representing 94% of damages after contested certification of consumer classes alleging improper assessment of overdraft and NSF fees.
- **In re: Jones et al. v. Lake Michigan Credit Union, No. 20-000240-CK** (Washtenaw County, Michigan, Circuit Court, Oct. 12, 2022). $7.5 million class action settlement, including fee refunds and debt forgiveness, for consumers alleging assessment of improper bank fees class settlement.
- **In re: Stillgood Prods., LLC v. Wesbanco Bank, Inc., No. 4:21-cv-00018-SEB-DML** (S.D. Indiana, Dec. 16, 2022), ECF No. 58. $6.45 million class action settlement, including refunds of bank fees challenged by consumer classes and debt forgiveness.
- **In re: Perkins v. Vantage Credit Union, No. 21SL-CC03736** (St. Louis County, Missouri, Circuit Court, Aug. 25, 2023). Preliminary approval of nearly $6.1 million bank fee class settlement, including changes to future fee assessment practices.
- **In re: Lowe et al. v. NBT Bank, No. 3:19-cv-01400-MAD-ML** (N.D. New York, Sep. 30, 2022), ECF No. 104. $5.7 million bank fee class action settlement.

ATTORNEYS IN THIS PRACTICE AREA



**Kyle C. Mallinak**



**Nathan Martin**



**Marty Schubert**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY
PLLC

# Business Litigation

**When legal disputes arise, they can threaten your company's operations and reputation. The goal of business litigation is to resolve these issues before they damage your bottom line. Business disputes can include issues related to employment matters, regulatory compliance, contracts and shareholder disputes.**

**At Stranch, Jennings & Garvey, we are well-versed in the complex challenges businesses face. Our team addresses business disputes with a multi-faceted process, beginning by thoroughly analyzing your case, legal standing and potential risks. We then develop a robust legal strategy designed to protect your interests and achieve positive results.**

**Our expertise in business litigation includes a variety of disputes, such as:**

### Antitrust and Competition Litigation

Antitrust laws, which are also referred to as competition laws, promote fair and open competition across different industries and markets. They also monitor monopolistic practices, price discrimination, price-fixing, merger plans and bid rigging. These laws protect consumers by challenging anti-competitive business practices.

### Contract Disputes

Our firm has a proven track record of success in contract litigation, successfully representing clients facing non-performance, breaches of contract or disputes over terms. We protect your interests by resolving contract disputes efficiently to minimize disruptions to your operations.

### Employment and Labor Disputes

We represent both employees and employers when workplace conflicts arise. We address issues such as discrimination, wrongful termination, wage disputes and labor law compliance.

### Intellectual Property Disputes

Protecting your intellectual property (IP) is essential for maintaining a competitive advantage. Our team is well-versed in all aspects of IP law, including licensing agreements, patents, copyrights, trade secrets and trademarks. Whether you are an established corporation, a startup or an individual, our knowledgeable attorneys can meet your needs.

### Real Estate Litigation

Our attorneys handle real estate disputes related to zoning issues, property ownership, construction contracts, commercial leases, landlord-tenant issues and property rights. Our efforts can help you protect your properties and investments.

### Shareholder and Partnership Disputes

When shareholder disputes, partnership conflicts or breaches of fiduciary duty occur, we assist in resolving issues efficiently to preserve the value and integrity of your business.

## ATTORNEYS IN THIS PRACTICE AREA



**Corey L. Kraushaar**



**Kyle C. Mallinak**

STRANCH, JENNINGS & GARVEY PLLC

# Car Crashes

**According to the National Highway Traffic Safety Administration, there were an estimated 6.1 million police-reported traffic crashes in 2021 (the last year for which data is available), a 16 percent increase over the 5.25 million crashes that occurred in 2020. Individuals injured in 2021 as a result of traffic crashes increased by 9.4 percent over the 2.28 million injuries in 2020.**

**Car crashes were the second-leading cause of preventable death in the U.S. in 2021 for individuals between the ages of 1 and 54, according to the Centers for Disease Control and Prevention (CDC). Nearly 43,000 fatalities occurred in 2021, a 10 percent increase over 2020's approximately 39,000 fatalities.**

**Victims of another driver's negligence have the right to seek compensation for injury or death. For decades, our firm has successfully represented individuals who seek to recover damages from car crashes caused by other drivers.**

- Davidson County Circuit Court (Nashville, Tennessee) jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021) (Regina Enochs v. Michah Bradley, Davidson County Circuit Court, Docket No. 19C235). Isaac Kimes, Stranch, Jennings & Garvey member, was First Chair Trial Lawyer.
- Davidson County Circuit Court (Nashville) bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022). (Frieda Woolridge v. Mid-Cumberland Human Resource Agency et al., Davidson County Circuit Court, Docket No. 19C482). Member Isaac Kimes was First Chair Trial Lawyer.
- $300,000 policy limits settlement on auto-wreck case (April 2023).
- $500,000 policy limits settlement on auto-wreck case (July 2023).
- $450,000 settlement on contested liability auto v. pedestrian case (July 2023).
- $200,000 settlement on auto-wreck case (September 2023).
- $755,000 settlement on premises liability case (November 2023).
- $650,000 settlement on contested liability trucking case (December 2023).
- $195,000 on bus wreck case (July 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Isaac Kimes**



**J. Gerard Stranch IV**

# STRANCH, JENNINGS & GARVEY PLLC

# Civil Litigation

**Civil litigation is a broad legal term that can involve a wide range of disputes between entities, businesses, corporations or individuals. These cases involve legal action taken by one party (the plaintiff) against another (the defendant) to resolve a conflict. Plaintiffs seek specific remedies for harm suffered, including financial compensation.**

**Civil litigation is different from criminal law, which involves the prosecution of individuals accused of breaking the law. It also differs from complex litigation, which involves intricate legal issues, multiple parties and multiple jurisdictions.**

**Disputes in civil litigation cases can include, but are not limited to:**

- **Anti-trust litigation**
- **Contract disputes**
- **Employment claims**
- **Family law matters**
- **Landlord/tenant disputes**
- **Medical malpractice**
- **Personal injury**
- **Product liability**
- **Property and real estate disputes**

**Civil litigation cases take a multistep legal process, beginning with the filing of a complaint by the plaintiff against the defendant. The next step is discovery when both parties share documents and evidence related to the case. Pre-trial negotiations follow, during which our attorneys work diligently to negotiate a favorable settlement before proceeding to trial.**

**If you are seeking justice in a civil litigation matter, we will fight for your rights and bring you the compensation you deserve.**

## ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


Anne K. Davis


Mariah S. England


Elizabeth Fischer


Colleen Garvey


Anisha Guru

David Ho


Jooyoung Koo


Kyle C. Mallinak


Nathan Martin


Gregory S. Mullens


John C. Roberts


Joshua Samra


Michael G. Stewart


Margaret "Margo" Strakosch


K. Grace Stranch


Katherine "Kasey" Sullvan


Michael Tackeff


Ellen A. Thomas

Glen Tsurudome


Lesley E. Weaver

STRANCH, JENNINGS & GARVEY
PLLC

# Civil Rights

**Stranch, Jennings & Garvey is passionate about safeguarding the principles of equality and justice enshrined in the Constitution of the United States. We have a long track record of successfully representing clients whose civil rights have been violated.**

**Civil rights cases involve a deep understanding of constitutional law, court procedures and civil liberties. These complex cases require thorough investigation and evidence-gathering, as well as strong advocacy in both negotiation and litigation.**

**The rights guaranteed to us by the nation's founding document and federal laws are the cornerstone of our democracy. Ensuring that everyone is treated equally and fairly under the law, regardless of their circumstances or backgrounds, these privileges include basic rights, fundamental liberties and protections, such as:**

- **Due process**
- **Equal protection**
- **Freedom of religion**
- **Freedom of the press**
- **Freedom of speech**
- **Protection against discrimination**
- **Protection from unreasonable search and seizure**
- **Voting rights**

**Your civil rights matter and our team is here to protect them. If you believe your civil rights have been violated, contact us today and take the first step toward securing the equality and justice you deserve.**

ATTORNEYS IN THIS PRACTICE AREA



**Andrew E. Mize**



**Michael Tackeff**

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving AI copyright litigation, data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.
- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.
- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.
- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.
- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Darrius D. Dixon


Samuel W. Douthit


Elizabeth Fischer


Colleen Garvey


Anisha Guru


Hon. John (Jack) Garvey


Michael Iadevaia


Jooyoung Koo


Corey L. Kraushaar


Kyle C. Mallinak


Janna Maples


Nathan Martin


Miles McDowell


Andrew E. Mize


Gregory S. Mullens


Andrew Murray


John C. Roberts


Joshua Samra


Marty Schubert


Michael G. Stewart


J. Gerard Stranch IV


James G. Stranch III


K. Grace Stranch


Michael Tackeff


Lesley E. Weaver


Grayson Wells

STRANCH, JENNINGS & GARVEY PLLC

# Complex Litigation

**Complex litigation cases demand expertise, precision and unwavering commitment to ensure clients' interests are protected. Our team at Stranch, Jennings & Garvey specializes in complex litigation and understands how to navigate the intricate labyrinth of complicated legal disputes.**

**Complex litigation can involve federal and state laws and multiple jurisdictions. The issues litigated in these cases are often elaborate, with extensive evidence, numerous parties and multifaceted legal arguments. Such cases can encompass a broad spectrum of legal matters that include but are not limited to:**

- **Antitrust and competition law**
- **Class action lawsuits**
- **Employment and labor disputes**
- **Environmental litigation**
- **Healthcare litigation**
- **Intellectual property disputes**
- **Product liability**
- **Securities fraud**

**Complex litigation cases progress through several stages, including investigation, discovery, motions, trial and potential appeals. Extensive legal research, a deep understanding of the law and expert testimony are often required. Our attorneys pride themselves on their ability to manage the complexities of these cases through thorough preparation, customized strategies and effective communication.**

**Stranch, Jennings & Garvey attorneys have successfully represented clients in numerous complex litigation cases across various industries and jurisdictions. Contact us today and let us put our expertise to work for you.**

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Darrius D. Dixon


Mariah S. England


Elizabeth Fischer


Colleen Garvey


Michael Iadevaia


Isaac Kimes


Jooyoung Koo


Miles McDowell


Gregory S. Mullens


John C. Roberts


Joshua Samra


Michael G. Stewart


Margaret "Margo" Strakosch


James G. Stranch III


J. Gerard Stranch IV


K. Grace Stranch


Katherine "Kasey" Sullivan


Michael Tackeff

STRANCH, JENNINGS & GARVEY PLLC
Glen Tsurudome


Ellen A. Thomas


Lesley E. Weaver

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Condemnation & Municipal Property Disputes

Have you come into conflict with a municipality regarding the use or acquisition of your property for public purposes? If so, you need a skilled legal team on your side to protect your interests. Such conflicts can include zoning and land use regulations, as well as the construction of public infrastructure projects like parks, utilities and highways.

Condemnation and municipal property disputes may involve the following legal and procedural issues:

- Assessment of just compensation
- Eminent domain challenges
- Environmental impact assessments
- Procedural deadlines and requirements
- Property values
- Regulatory compliance
- Zoning and land use disputes

Our dedicated attorneys at Stranch, Jennings & Garvey guide clients through the complex web of condemnation and municipal property disputes through legal advocacy, strategic counsel and expert litigation. We provide guidance throughout the entire legal process, from notice of condemnation until the issue is resolved. We strive to secure favorable settlements and fair compensation.

Your property rights matter. Contact us today to ensure they remain protected.

STRANCH, JENNINGS & GARVEY PLLC

# Constitutional Law

**Constitutional Law focuses on applying and interpreting provisions of the United States Constitution. This area of law protects fundamental rights, limits government power, establishes the relationship between citizens and government, and establishes the framework of democracy.**

**It encompasses a wide range of challenges and legal issues, including:**

- **First Amendment Rights**
- **Second Amendment Rights**
- **Fourth Amendment Rights**
- **Fifth Amendment Rights**
- **Privacy Rights**
- **Due Process**
- **Equal Protection**

**Our team consists of expert litigators who have successfully argued cases at all levels of the judiciary. We are devoted to protecting the rights and liberties guaranteed by the Constitution. Key to our Constitutional Law work is comprehensive analysis and advice, allowing our clients to understand the complexities they face.**

**If you or your organization are facing a constitutional law issue, we can be your advocates in the pursuit of justice. Contact us today to schedule a consultation.**

ATTORNEYS IN THIS PRACTICE AREA



**K. Grace Stranch**



**Michael Tackeff**

STRANCH, JENNINGS & GARVEY
PLLC

# Consumer Protection

**The focus of Consumer Protection is to safeguard the rights and interests of consumers against unfair or fraudulent practices in the marketplace. Our attorneys at Stranch, Jennings & Garvey take pride in our client-centric approach and aggressive advocacy. In addition to our legal expertise, we empower our clients with knowledge about their rights and options, enabling them to make informed decisions.**

**Consumer Protection encompasses a wide range of issues, including:**

- **Advertising and marketing practices**
- **Bankruptcy**
- **Deceptive trade practices**
- **Faulty products**
- **Financial services, including predatory lending**
- **Foreclosure**
- **Inaccurate credit reporting**
- **Privacy and data protection**
- **Product safety**
- **Scams**
- **Securities fraud**
- **Warranties**

**Consumer Protection laws exist to deter businesses and corporations from pursuing unethical or dangerous practices. These laws help keep these entities honest and thus play an important role in a reliable marketplace. Violation of these laws hurts individual consumers and can also harm the overall economy.**

**As a consumer, you have rights that deserve to be protected. If you feel that you have been the victim of unsafe products, fraud, scams or deceptive practices, our attorneys are here to listen and provide the legal advice you need.**

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Elizabeth Fischer


Kyle C. Mallinak


Gregory S. Mullens


John C. Roberts


Joshua Samra


James G. Stranch III


Michael Tackeff


Lesley E. Weaver

STRANCH, JENNINGS & GARVEY
PLLC

# Corporate Governance

**At its core, corporate governance is about accountability. A company's board of directors and executive leadership hold a sacred trust to act in the best interests of the corporation and its shareholders.**

**When that trust is broken — whether through negligence, systemic failures in oversight or active misconduct — the consequences extend far beyond the boardroom, impacting investors, employees and the broader community.**

**Stranch, Jennings & Garvey is committed to ensuring that corporate power is exercised responsibly and that those in charge are held to the highest standards of legal and ethical conduct.**

**Corporate governance cases can include, but are not limited to:**

- **Breach of fiduciary duty claims**
- **Board oversight and "Caremark" duties**
- **Conflict of interest and self-dealing transactions**
- **Corporate social responsibility and ESG accountability**
- **Executive compensation and "say-on-pay" disputes**
- **Internal investigations and whistleblower allegations**
- **Shareholder derivative litigation**

**Stranch, Jennings & Garvey, bolstered by our strategic expansion into California, stands as a premier advocate for institutional and individual shareholders. We specialize in complex derivative litigation designed to reform corporate culture and recover value for the entities themselves.**

**Our attorneys have led groundbreaking actions against some of the world's most powerful corporations, including recent landmark litigation involving failures in board oversight related to hiring practices and public safety.**

**We do not just seek financial settlements; we pursue meaningful corporate reforms that prevent future harm and restore integrity to the marketplace.**

ATTORNEYS IN THIS PRACTICE AREA



**Anne K. Davis**



**Joshua Samra**



**Lesley E. Weaver**

STRANCH, JENNINGS & GARVEY
PLLC

# Election Law

**Elections are vital to our democracy. Election law ensures the integrity of elections, while safeguarding the rights of voters, candidates and political parties. It is a constantly changing legal field that focuses on the legal principles, regulations and rules governing the democratic process at the local, state and federal levels.**

**At Stranch, Jennings & Garvey, our experienced attorneys are committed to protecting the values that are the cornerstone of our society. We provide expert legal representation to organizations, political campaigns and individuals in a variety of ways, including:**

- **Ballot access**
- **Campaign compliance**
- **Campaign strategy**
- **Election disputes**
- **Legal education and advocacy**
- **Litigation support**
- **Redistricting and apportionment**
- **Voter eligibility**

**At a time when the electoral landscape is constantly changing, having seasoned Election Law attorneys by your side is crucial. The team at Stranch, Jennings & Garvey believes the power of democracy is in the hands of its citizens, and that a fair and transparent electoral process is crucial.**

**If you need assistance with campaign compliance, need an expert in election matters or believe your voting rights have been violated, we are here to advocate for your interests. Together, we can make a difference.**

## ATTORNEYS IN THIS PRACTICE AREA



**Nathan R. Ring**



**Marty Schubert**

STRANCH, JENNINGS & GARVEY PLLC

# Employment & Discrimination Law

**For decades, Stranch, Jennings & Garvey attorneys have delivered personalized legal solutions to individuals who have experienced discrimination in the workplace. We are proud to stand with our clients, protect their rights, and provide solutions that lead to justice and equality.**

**The purpose of employment and discrimination law is to ensure that all employees are treated equitably and fairly regardless of their beliefs, backgrounds or characteristics. This specialized area of legal practice focuses on protecting individual rights, and addresses harassment, unfair treatment and discrimination, which can occur in a variety of ways, including:**

- **Age**
- **Disability**
- **Gender**
- **National origin**
- **Race**
- **Religion**
- **Sexual orientation**

**Issues addressed by our attorneys in this practice area include:**

- **Bias hiring, promotion, compensation or job assignment**
- **Retaliation**
- **Wage and hour disputes**
- **Workplace harassment**
- **Wrongful termination**

**At Stranch, Jennings & Garvey, we are dedicated to protecting the rights of our clients through legal expertise, strong advocacy, education and empowerment. You don't have to face workplace discrimination alone. Our attorneys are ready to fight for your rights and compassionately guide you through the legal process.**

## ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


Mariah S. England


Michael Iadevaia


James G. Stranch III


K. Grace Stranch


Nathan R. Ring

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Environmental Law

**Environmental law is an ever-evolving field that encompasses a vast array of legal principles, statutes and regulations developed to address environmental concerns and safeguard the environment. At Stranch, Jennings & Garvey, we are dedicated to providing comprehensive legal solutions for our clients as they navigate the intricate web of environmental regulations and issues.**

**Environmental law addresses issues such as conservation, land use planning and pollution control. It also extends to matters involving air quality, climate change mitigation, hazardous waste management and water resources. Our attorneys have the expertise to guide you through this wide range of matters, including:**

## Climate Change Mitigation

We help clients develop strategies for adapting to changing environmental conditions, reducing greenhouse gas emissions and staying ahead of evolving regulations.

## Environmental Due Diligence

We assist clients with conducting due diligence to assess potential risks and liabilities in real estate acquisitions or mergers.

## Environmental Impact Assessments

We provide our clients with impact assessments to discover the potential environmental consequences of proposed projects.

## Litigation and Dispute Resolution

When environmental disputes arise, such as a contamination issue or regulatory enforcement matter, our attorneys will advocate for you in court and negotiate favorable settlements.

## Permitting and Licensing

We offer guidance in navigating complex licensing and permitting processes. Our attorneys can help you secure the necessary licenses and permits to ensure your project is in compliance with environmental laws.

## Regulatory Compliance

Remaining in compliance with federal, state and local environmental requirements is essential for individuals and businesses. Through analysis and guidance, our attorneys help ensure your project adheres to all regulations.

ATTORNEYS IN THIS PRACTICE AREA



**K. Grace Stranch**

STRANCH, JENNINGS & GARVEY
PLLC

# ERISA Trust Funds

**Founding Member James G. (Jim) Stranch III and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA (Employee Retirement Income Security Act) litigation.**

**Our attorneys have represented clients and served as lead and co-lead counsel in a wide range of ERISA matters, including Taft-Hartley health and welfare funds JATC apprenticeship funds, defined contribution funds and defined benefit pension funds. In addition, we advise ERISA plan fiduciaries on a variety of administration and compliance issues; establish employee benefit trusts and plans; handle administrative claims and appeals for LTD, STD and other benefits; assist with Department of Labor audits, interpretations, investigations and enforcement; and numerous other issues.**

- **In re: Nortel Networks Corp. "ERISA" Litigation, No. 3:03-MD-1537** (M.D. Tenn.) (Nixon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Nortel Network Corp. for violation of duties owed under ERISA. Court approved a settlement that provided a minimum recovery of $21.5 million plus access to additional monies held by others.

- **In re: Qwest Savings and Investment Plan ERISA Litigation, No. 02-RB-464** (D. Colo.) (Blackburn). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Qwest Communications and the Trustee, Bankers Trust/Deutsche Bank, for violation of duties owed under ERISA. A settlement was reached which provided a $33 million cash payment from Qwest Communications to the plan for participants, a $4.5 million cash payment from Bankers Trust/Deutsche Bank to the plan for participants, a $20 million guarantee from Qwest Communications from a parallel securities action with the opportunity of more cash from the parallel securities action, and an undetermined amount of cash from a distribution through the U.S. Securities and Exchange Commission Fair Fund established pursuant to Section 308 of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §§7201 et seq.

- **In: re Global Crossing Ltd. ERISA Litigation, No. 02 Civ. 7453** (S.D. N.Y.) (Lynch). One of several counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Global Crossing for violation of duties owed under ERISA. The settlement reached provided a $79 million cash payment to the Plan for participants and allowed Plan to recover in parallel securities action.

- **In re: Xcel Energy, Inc. ERISA Litigation Civ. 02-2677** (D. Minn.) (Doty). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of duties owed under ERISA. Settlement reached that provided an $8.6 million cash payment to the Plan for participants, lifted stock restrictions in the Plan with a value between $38 million and $94 million, and allowed the Plan to recover in parallel securities action.

- **In re: Hitchcock v. Cumberland University 403(b) DC Plan, 851 F.3d 522** (6th Cir. 2017). As a result of this case, the university returned hundreds of thousands of dollars to employees' retirement accounts that it had wrongfully withheld. The firm succeeded in setting the precedent that plan participants can take legal claims, such as breach of fiduciary duty, straight to the courts, without having to exhaust administrative remedies through the plan, an issue of first impression in the Sixth Circuit.

- **In re: Delphi Corp. ERISA Litigation (Polito v. Delphi Corporation, et al.), No. 05-cv-71249** (E.D. Mich.). Lawsuit brought on behalf of participants in Delphi pension plans alleging that plan fiduciaries breached their duties and responsibilities under ERISA by, among other things, failing to investigate the prudence of an investment in Delphi stock and by making misrepresentations about the company's accounting practices for off-balance sheet financing and vendor rebates dating back to 1999.

- **In re: Providian Financial Corp. ERISA Litigation, No. C 01-5027** (N.D. C.A.) (Breyer). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of ERISA duties. Settlement provided an $8.6 million cash payment to the plan for participants, lifted company stock sales restrictions in the plan valued between $3.66 million and $5.85 million, and allowed plan to recover in a parallel securities action.

- **In re: Montana Power ERISA Litigation, No. 4:02-0099** (D. Mont.) (Haddon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Montana Power, Touch America and Northwestern Energy and against the Trustee, Northern Trust, for violation of duties owed under ERISA. Settlement was reached that provided a minimum recovery of $4.9 million plus access to additional monies held by others.

## ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


Michael Iadevaia


R. Jan Jennings


Nathan R. Ring


John C. Roberts


James G. Stranch III

STRANCH, JENNINGS & GARVEY
PLLC

# Labor Law

**For more than seven decades, Stranch, Jennings & Garvey attorneys have been at the forefront of labor law, proudly advocating for the rights of both individual workers and labor unions. We take immense pride in our commitment to offering comprehensive legal support to working men and women.**

**We have successfully litigated cases across all judicial levels, including the United States Supreme Court. Our expertise extends to the National Labor Relations Board (NLRB) and the Department of Labor.**

**Stranch, Jennings & Garvey attorneys practice a broad spectrum of labor law matters, providing our clients with trustworthy counsel and formidable representation as we fight to uphold their rights. Our services include:**

- **Arbitration and grievance resolution**
- **Collective bargaining agreements**
- **Contract negotiation**
- **Department of Labor compliance and investigations**
- **Employment discrimination**
- **Federal court litigation**
- **NLRB proceedings**
- **Restrictive covenants**
- **Severance agreementsa**
- **Union-related matters**

**From negotiating complex collective bargaining agreements or tackling issues related to employment discrimination to resolving arbitration disputes or grievances, our attorneys have the experience and knowledge to ensure injustices are rectified and our clients' rights are protected. We are proud of our many decades of supporting hardworking men and women, and we will continue to stand as a trusted partner for unions and workers.**

## ATTORNEYS IN THIS PRACTICE AREA


Karla M. Campbell


Michael Iadevaia


Andrew E. Mize


James G. Stranch III


K. Grace Stranch


Nathan R. Ring

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Labor Unions

**Since our firm was founded more than seven decades ago, we have provided dependable representation for union clients in all employer-employee relations legal matters. Our attorneys are experienced in issues concerning the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA. Our representation ranges from construction, industrial and public sector unions to district and joint councils, State Federations of Labor and Central Labor Councils.**

**Across the years, we have helped countless clients with union-related challenges, such as collective bargaining, contract negotiation, enforcement of labor-related claims via NLRB or federal court litigation, grievance mediation, restrictive covenant issues, severance agreements and numerous additional union matters.**

- **In re: Thompson v. North American Stainless LP.** Our firm helped expand Title VII retaliation protection with this case, which reached the U.S. Supreme Court. The court ruled that North American Stainless' firing of plaintiff employee Eric Thompson violated Title VII and that he could sue because he fell within the zone of interests protected by Title VII.

- **In re: International Brotherhood of Teamsters, Local 651 v. Philbeck, 5:10-cv-105-DCR** (E.D.KY 2018). The firm successfully litigated action requesting a temporary restraining order and permanent injunction by the local union to secure control of the Facebook page belonging to the union.

- **In re: Matthew Denholm, RD of NLRB Region 9 v. Smyrna Ready Mix Concrete, LLC, 5:20-cv-320-REW** (E.D.KY 2019). The firm successfully litigated NLRB charges, culminating in a complaint for injunctive relief, where the federal district court ordered the reinstatement of seven drivers and their plant manager and the reopening of a concrete plant.

- **In re: Zeon Chemicals, L.P. v. UFCW Local 72-D, 949 F.3d 980** (6th Cir. 2020). The firm successfully appealed a district court's reversal of the union's arbitration victory for an unjustly terminated member who was ordered reinstated with full back pay.

ATTORNEYS IN THIS PRACTICE AREA



Karla M. Campbell



R. Jan Jennings



Nathan R. Ring



J. Gerard Stranch IV

STRANCH, JENNINGS & GARVEY
PLLC

# Mass Torts

**Mass tort lawsuits occur when numerous individuals have been injured or harmed by the same act of negligence of another party, from faulty prescription drugs or medical devices to toxic contamination or defective consumer products. These types of claims provide the compensation each plaintiff needs, rather than a settlement that is split with the other plaintiffs.**

**Stranch, Jennings & Garvey has the experience and resources to confront the corporations responsible for the harm inflicted on plaintiffs. Our attorneys are well-versed in the necessary strategies for negotiating and litigating mass tort lawsuits, and have successfully represented numerous clients in claims against companies and corporations. Our efforts have produced significant monetary recovery and/or benefits for plaintiffs from many jurisdictions.**

- **In re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation, 3:25-md-3140 (N.D. Florida, Pensacola Division).** SJ&G attorneys Colleen Garvey and Janna Maples were appointed to key leadership positions in this litigation, which alleges that Pfizer Inc. failed to adequately warn patients and doctors about the risk of brain tumors associated with the hormonal contraceptive drug Depo-Provera. Garvey was appointed to the Law and Briefing Subcommittee, which is a subcommittee of the Steering Committee. Maples was appointed to the Electronically Stored Information ("ESI") and Discovery Subcommittee, which is also a subcommittee of the Steering Committee.

- **In re: National Prescription Opiate Litigation.** Our firm's Founding and Managing Member J. Gerard Stranch IV was appointed as class counsel for the negotiation class in the multi-district national prescription opioid litigation (MDL 2804) in Cleveland, Ohio. Plaintiffs alleged that the manufacturers of prescription opioids grossly misrepresented the risks of long-term use of those drugs for persons with chronic pain, and distributors failed to properly monitor suspicious orders of those prescription drugs — all of which contributed to the current opioid epidemic. National settlements of up to $26 billion were reached in 2021 to resolve litigation brought by states and local political subdivisions against three pharmaceutical distributors (McKesson, Cardinal Health and AmerisourceBergen) and manufacturer Janssen Pharmaceuticals, Inc. and its parent company Johnson & Johnson. Hon. Judge (ret.) John "Jack" Garvey, the founding member who leads our St. Louis office, was instrumental in securing a settlement with these companies for Missouri's counties and cities in the amount of $183.2 million, as part of a $458 million overall settlement for the state.

## ATTORNEYS IN THIS PRACTICE AREA



Elizabeth Fischer



Colleen Garvey



Hon. John (Jack) Garvey



Anisha Guru



Corey L. Kraushaar



Janna Maples



Michael G. Stewart



J. Gerard Stranch IV

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Medical Malpractice

**Medical malpractice occurs when a healthcare professional's actions, or failure to act, do not meet the standard of care of their profession. This can cause harm to a patient in the forms of emotional distress, physical injuries or financial burdens. In the most extreme cases, medical malpractice can result in the death of a patient.**

**Not all medical mistakes constitute malpractice. To be considered malpractice, the following factors must generally be present:**

- **The healthcare provider owed the patient a duty of care.**
- **The decisions or actions of the provider failed to meet the standard of care.**
- **The provider's actions were the direct cause of harm or injury to the patient.**
- **The patient suffered physical, emotional or financial damages.**

**Medical malpractice incidents can occur in various stages of treatment and different healthcare settings, and can include:**

- **Failure to obtain informed consent**
- **Medication errors**
- **Misdiagnosis or delayed diagnosis**
- **Negligence during pregnancies or birth injuries**
- **Nursing home abuse & neglect**
- **Surgical errors**

**If you are the victim of medical malpractice, you have the right to seek legal recourse. Stranch, Jennings & Garvey attorneys have achieved successful results for our clients. We are dedicated to helping patients who have experienced medical malpractice move toward healing and recovery.**

ATTORNEYS IN THIS PRACTICE AREA



**Isaac Kimes**

STRANCH, JENNINGS & GARVEY
PLLC

# Necrotizing Enterocolitis (NEC)

**Stranch, Jennings & Garvey attorneys understand the serious challenges and heartache families face when dealing with the dangerous effects of Necrotizing Enterocolitis (NEC). Our team is dedicated to providing expert and compassionate legal representation to families whose lives have been impacted by NEC.**

**According to the Cleveland Clinic, NEC is a serious gastrointestinal problem occurring mostly in premature babies. The condition causes intestinal tissue to die and can lead to a hole in the intestine. Bacteria leaking through the hole can cause serious abdominal infections. Some infants require surgery to remove the damaged intestine.**

**While some infants experience mild cases of NEC, others face life-threatening symptoms. The condition usually develops within two to six weeks of birth. It typically affects babies who are born before the 37th week of pregnancy, fed through a tube in the stomach or weigh less than 5.5 pounds at birth. Babies weighing less than two pounds at birth are at the greatest risk.**

**NEC has a variety of causes, including medical malpractice. Symptoms may come on suddenly or appear over a few days and may include:**

- **Abdominal pain and swelling**
- **Changes in heart rate, blood pressure, body temperature and breathing**
- **Diarrhea with bloody stool**
- **Green or yellow vomit**
- **Lethargy**
- **Refusing to eat and lack of weight gain**

**An estimated 80 percent of babies diagnosed with NEC survive. However, some survivors face long-term health problems, including:**

- **Peritonitis — an abdominal infection that can lead to sepsis**
- **Intestinal stricture — a narrowing of the intestine that could require surgery**
- **Short bowel (short gut) syndrome — a condition making it difficult for the body to absorb fluids and nutrients, requiring lifelong treatment for the child to ensure proper nutrition**
- **Growth failure and development delays**

**Our team understands that NEC is a frightful experience, and we approach each case with compassion and sensitivity. We will stand with your family and provide you with the legal guidance you need. Contact us today, and let our attorneys guide you through a journey for justice.**

- **In re: Gill v. Abbott Laboratories, No. 2322-CC01251** (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S. The plaintiff brought the claim on behalf of her minor child, who developed NEC after being given Similac and/or Enfamil cow's milk-based products following her premature birth. The infant was forced to undergo extensive surgery and has continued to suffer long-term health consequences. The lawsuit asserted that, "despite scientific consensus that defendants' cow's milk-based products present a dire threat to the health and development of preterm infants, defendants have made no changes to their products or the products' packaging, guidelines, instructions, or warnings. Instead, defendants have continued to sell their unreasonably dangerous products to unsuspecting parents and healthcare providers, generating huge profits as a result."

## ATTORNEYS IN THIS PRACTICE AREA


Colleen Garvey


Hon. John (Jack) Garvey


Anisha Guru


Janna Maples


Michael G. Stewart


J. Gerard Stranch IV


Ellen Thomas

STRANCH, JENNINGS & GARVEY
PLLC

# Nursing Home Abuse & Neglect

**Deciding to place a loved one in a nursing home is a difficult decision. When doing so, you are entrusting their well-being to professionals who are responsible for providing your family member with the care and the attention he or she deserves. If this trust is not honored due to possible abuse or neglect, families are faced with litigation to hold the offenders accountable.**

**Stranch, Jennings & Garvey attorneys are experienced in defending the rights of nursing home residents who have suffered abuse or neglect. We understand the physical and emotional pain such incidents can have on individuals and their families, and we are here to help guide you during such a challenging time.**

**Nursing home abuse & neglect can involve a range of actions and behaviors that result in distress or harm to residents of long-term care facilities, including:**

- **Emotional and psychological abuse**
- **Fall accidents**
- **Financial exploitation**
- **Inadequate staffing**
- **Medical malpractice**
- **Neglect**
- **Physical abuse**
- **Sexual abuse**
- **Wandering and elopement**

**Stranch, Jennings & Garvey attorneys are dedicated to protecting the dignity of nursing home residents. We are here to pursue justice for those who have been neglected or abused, and will be fierce advocates for your loved one's rights.**

- $275,000 on nursing home bedsore case (April 2024).

ATTORNEYS IN THIS PRACTICE AREA



**Isaac Kimes**

STRANCH, JENNINGS & GARVEY
PLLC

# Opioid Litigation

**The opioid epidemic is a public health crisis that has ravaged communities in the United States and around the world. The roots of this crisis can be traced back to the late 1990s, when misleading marketing practices by pharmaceutical companies contributed to the over-prescribing of opioid painkillers.**

**Millions of lives have been affected by addiction and death. The crisis has also caused a significant financial burden on society, straining social services, law enforcement agencies and healthcare systems. The experienced litigators at Stranch, Jennings & Garvey recognize the urgency of addressing this crisis and holding pharmaceutical companies, medical professionals and other responsible entities accountable.**

**J. Gerard Stranch IV, managing and founding member, served as the lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against opioid producer Endo Pharmaceuticals. The case led to a $35 million settlement agreement, which is the largest per capita settlement by any prosecution with Endo to date.**

**Opioid litigation can take various forms, including lawsuits filed by states, municipalities or individuals against pharmaceutical manufacturers and distributors and healthcare providers. Some lawsuits are consolidated into class actions, allowing groups of affected individuals to seek compensation collectively.**

**Stranch, Jennings & Garvey's attorneys are committed to helping those affected by the opioid epidemic understand their legal rights. We are dedicated to providing expert guidance and strategy to individuals and governments as they navigate the legal steps required for successful opioid litigation.**

ATTORNEYS IN THIS PRACTICE AREA



**Janna Maples**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY
PLLC

# Personal Injury

**For many years, our firm has effectively represented individuals who have been harmed or injured due to third-party carelessness or misconduct. These cases include medical negligence, faulty medical devices, dangerous medications, unsafe property conditions, automobile accidents, and numerous other acts of negligence or disregard for safety that have led to injury and death.**

**Stranch, Jennings & Garvey proudly works to preserve and restore the rights of clients who have experienced harm due to others' actions, and our firm seeks justice for and successfully obtains full and fair compensation for these victims and their families through litigation, mediation and arbitration.**

- **In re: Sullivan Baby Doe case** (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date.
- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,** resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever.
- **In re: Orrick v. GlaxoSmithKline,** St. Louis City Circuit #1322-CC00079 (Paxil litigation).
- **In re: Jefferson County v. Williams,** #20JE-CC00029 (opioids litigation).
- Davidson County Circuit Court bench trial verdict of $205,274 following zero offers made prior to trial (January 2022).
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021).
- $290,000 settlement on helicopter injury case (February 2024).
- $1,100,000 on shooting case with contested liability (July 2024).
- $900,000 on worksite injury case with contested liability and legal immunity issues (October 2024).
- $362,500 on premises liability, slip and fall case with contested liability (November 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Anisha Guru**



**Isaac Kimes**



**Janna Maples**



**J. Gerard Stranch IV**



**K. Grace Stranch**

STRANCH, JENNINGS & GARVEY
PLLC

# Privacy & Cybersecurity Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Darrius D. Dixon


Samuel W. Douthit


Colleen Garvey


Miles McDowell


Andrew E. Mize


Gregory S. Mullens


John C. Roberts


Joshua Samra


J. Gerard Stranch IV


Lesley E. Weaver


Grayson Wells

SJG

STRANCH, JENNINGS & GARVEY PLLC

# Product Liability

**Our attorneys are well-versed in consumer protection laws and unfair trade practices acts, and have successfully advocated in state and federal courts for many notable cases throughout the U.S. These cases have resulted in multi-million-dollar recoveries for consumers who have been harmed by defective products, dangerous medications, misleading or improper advertising or marketing practices, fraud and other violations of the laws and acts. In addition, our attorneys have served as lead and co-lead counsel on numerous cases.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). The firm served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Montanez v. Gerber Childrenswear, LLC** (M.D. California). The firm represented consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in consumer action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

## ATTORNEYS IN THIS PRACTICE AREA


Anne K. Davis


Hon. John (Jack) Garvey


Isaac Kimes


Corey L. Kraushaar


Janna Maples


Joshua Samra


J. Gerard Stranch IV


Lesley E. Weaver

SJG

STRANCH, JENNINGS & GARVEY

PLLC

# Sexual Abuse & Assault Litigation

**Sexual abuse is a pervasive and devastating form of violence that affects individuals of all ages, backgrounds and demographics. Survivors often endure profound and long-lasting trauma, including post-traumatic stress disorder (PTSD), emotional distress and physical harm.**

**The impact can follow victims for years — affecting relationships, careers and overall well-being.**

**Sexual abuse can take many forms, including childhood sexual abuse, sexual assault and sex trafficking. It occurs in a wide range of settings, such as schools, churches, youth organizations, healthcare facilities, workplaces and even within families. Perpetrators frequently hold positions of power and trust, making it extraordinarily difficult for survivors to come forward. Fear, shame, intimidation and institutional pressure often result in abuse going unreported for years.**

**Stranch, Jennings & Garvey is committed to standing with survivors and holding individuals and institutions accountable when they fail to prevent abuse or respond appropriately. We understand the courage it takes to speak out. We provide a confidential, supportive and trauma-informed environment where survivors can pursue justice at their own pace.**

**Victims of sexual abuse have the right to seek accountability through civil litigation. Civil lawsuits can provide compensation for medical expenses, therapy costs, lost wages and other economic damages, as well as non-economic damages such as pain, suffering and emotional distress. Just as importantly, these cases can expose systemic failures and drive meaningful change to protect others.**

**Navigating the legal system after experiencing sexual assault can feel overwhelming. Survivors often face both emotional challenges and complex legal questions. A skilled sexual abuse attorney can make a significant difference — guiding survivors through every step of the process, protecting their rights and advocating fiercely on their behalf.**

**At Stranch, Jennings & Garvey, we combine compassion with experience and determination. We are dedicated to ensuring survivors' voices are heard, their rights are protected and that those responsible are held accountable.**

**If you or a loved one has experienced sexual abuse, you are not alone. We are here to listen, to support you, and to help you pursue justice and healing through the legal process. Contact us for a confidential consultation.**

## ATTORNEYS IN THIS PRACTICE AREA



**Colleen Garvey**



**Isaac Kimes**



**Ellen A. Thomas**

STRANCH, JENNINGS & GARVEY
PLLC

# Trucking Wrecks

**According to the National Safety Council (NSC), 4,842 large trucks nationwide were involved in a fatal crash in 2020 (the last year for which data is available). According to the National Center for Statistics and Analysis (NCSA), an office of the National Highway Traffic Safety Administration (NHTSA), 831 truck occupants and nearly 5,000 other individuals were killed as a result of these crashes in 2020. Between 2017 and 2020, an average of more than 42,000 truck occupants and more than 151,000 other individuals were injured.**

**These numbers clearly reveal the prevalence of accidents involving large trucks and the damage they inflict on individuals and their families. Our firm has decades of experience in representing victims of trucking wrecks who seek compensation to cover physical and material damages.**

- $555,000 on trucking wreck case between husband and wife (May 2024).
- $1,300,000 on dump truck wreck case, including $550,000 over insurance policy limits (September 2024).

## ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Isaac Kimes**



**Corey L. Kraushaar**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY
PLLC

# U.S. Securities Litigation

**The integrity of financial markets depends on transparency, accountability and the protection of investor rights. U.S. Securities law serves as a critical safeguard against corporate misconduct, ensuring that boards of directors and executives act in the best interests of their shareholders.**

**When corporations fail to disclose vital information or engage in deceptive practices, the resulting financial losses can devastate individual investors and institutional funds alike.**

**U.S. Securities litigation cases can include, but are not limited to:**

- **Breach of fiduciary duty**
- **Corporate governance and oversight failures**
- **Institutional investor representation**
- **Securities class actions**
- **Securities fraud and 10b-5 claims**
- **Shareholder derivative litigation**

**Stranch, Jennings & Garvey has a long-standing reputation in advocating for society's underrepresented voices and victims of corporate overreach. Our attorneys have successfully litigated claims involving multi-hundred-million-dollar settlements, addressing everything from systemic discrimination in lending to failures in corporate oversight.**

**Our approach to securities litigation combines deep legal research with a tactical understanding of the financial industry. We are devoted to protecting the rights of shareholders and ensuring that corporate boards fulfill their fiduciary duties.**

## ATTORNEYS IN THIS PRACTICE AREA



**Anne K. Davis**



**Lesley E. Weaver**

STRANCH, JENNINGS & GARVEY
PLLC

# Wage & Hour Disputes

**For decades, our firm has represented working people with individual claims or as part of class action litigation regarding their employers' wage and hour compliance. Our attorneys have broad litigation experience on behalf of employees in nearly every industry sector, covering a wide range of violations—from unpaid overtime or "off-the-clock" work to independent contractors, improper wage deductions and exemption requirements. They are well-versed in the provisions of the Fair Labor Standards Act, along with other federal and state statutes, and stay on top of developing case law and changes in current laws.**

- **In re: Drummond et. al. v. C.E.C. Electrical Contractors, Inc., 98-1811-III** (Davidson Chancery, Tennessee). The firm served as lead counsel in a class action settlement by employees against their employer for wages and benefits due from a school construction contract between their employer and the Metropolitan-Davidson County Board of Education. A settlement was reached in which employees received 100% of their wages and benefits.

ATTORNEYS IN THIS PRACTICE AREA



**Nathan R. Ring**



**J. Gerard Stranch IV**

STRANCH, JENNINGS & GARVEY
PLLC

# Wills & Estates

Stranch, Jennings & Garvey attorneys understand that planning for the future and protecting your loved ones are incredibly important. Our experienced legal professionals provide comprehensive legal services tailored to your circumstances.

A will is a legal document that outlines your wishes for the distribution of your assets after your death. It allows you to express your wishes for the inheritance of your property, manage your finances and care for your family. A legally sound will guarantees that your wishes are upheld and can prevent potential disputes among family members.

We have successfully assisted both individuals and families in navigating the complexities of probate, asset distribution and estate planning. We can help you ensure a smooth transition of assets and secure your wealth for future generations.

Our attorneys stay informed about new legal developments in this branch of law to provide you with the most up-to-date advice and representation. Our services cover a wide range of areas, including:

- Asset protection
- Drafting wills and trusts
- Elder law
- Estate planning
- Probate and estate administration
- Trust and estate litigation

We understand the emotional nature of estate planning, especially when experiencing the loss of a loved one. Our team offers compassionate guidance during difficult times to make certain that you and your family have the support you need.

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Worker Adjustment & Retraining Notification

**The Worker Adjustment and Retraining Notification (WARN) Act is a federal law that helps ensure advance notice to employees in cases of qualified plant closings and mass layoffs. Employers are required to provide written notice 60 days prior to the date of a mass layoff or plant closing, in addition to other requirements. Employees of companies who have not complied with the WARN Act are entitled to certain rights. Our firm has represented clients in numerous cases that have resulted in monetary settlements for employees whose employers did not comply with the law.**

- **In re: Kizer v. Summit Partners, Case No. 1:1-CV-38** (E.D. Tenn.) The firm served as lead counsel in class actions on behalf of employees of a closed Summit Partners facility located in Chattanooga, Tennessee. This case was successfully settled for $275,000.

- **In re: Owens v. Carrier Corp., Case No. 2:08-2331-SHM P** (W.D. Tenn.) The firm served as lead counsel in class action on behalf of former Carrier Corp. employees at the closed Collierville, Tennessee, plant. The case was successfully settled for $2.1 million on behalf of former employees after lead counsel successfully obtained class certification over plaintiffs' WARN Act claims.

- **In re: Sofa Express Inc., Case No. 07-924** (Bank. M.D. Tenn.) The firm served as lead counsel in class action on behalf of former Sofa Express, Inc. employees at company headquarters and a distribution center in Groveport, Ohio. The case was successfully settled for $398,000 on behalf of former employees.

- **In re: Robertson et. al v. DSE Inc., Case No. 8:13-cv-1931-T-AEP** (M.D. Fla.). The firm served as lead counsel in class action on behalf of former DSE Inc. employees at Florida and South Carolina manufacturing facilities. This case was successfully settled for more than $1 million on behalf of former employees.

ATTORNEYS IN THIS PRACTICE AREA



**J. Gerard Stranch IV**