# Exhibit 4

# Troy D. Shelton

## Board Certified Appellate Specialist

**Schauer & Shelton LLP** | tshelton@schauershelton.com | (919) 651-4673 | Firm Biography

### PRACTICE AND EXPERIENCE

Troy Shelton is certified by the North Carolina State Bar as an appellate specialist and focuses his practice on appeals and appellate strategy. He represents plaintiffs and defendants in personal-injury matters, businesses in commercial and class-action litigation, parties in family-law cases, and clients in appeals involving government entities. He works with trial counsel on critical motions and issue preservation and, after judgment, represents clients seeking to defend the judgment or obtain reversal.

### PRIOR EXPERIENCE

- **Partner**, Fox Rothschild LLP; handled appeals in courts across the country
- Ellis & Winters LLP
- **Law Clerk** to Judge Thomas D. Schroeder, U.S. District Court for the Middle District of North Carolina
- **Extern** to Associate Justice Mark Martin, Supreme Court of North Carolina
- Legal experience with the U.S. Attorney's Offices for the Western and Eastern Districts of North Carolina

### EDUCATION

**University of North Carolina School of Law**, J.D., 2014, magna cum laude; Order of the Coif; Articles Editor, *North Carolina Law Review*

**Duke University**, B.A., 2011, magna cum laude; Phi Beta Kappa

### SELECTED HONORS

- Business North Carolina Legal Elite Hall of Fame for Appellate Law
- North Carolina Bar Association Young Lawyer Pro Bono Service Award (2023)

### PROFESSIONAL SERVICE

- Member, Appellate Rules Committee, North Carolina Bar Association
- Former Co-Chair and Council Member, Appellate Practice Section, North Carolina Bar Association
- Former President, Triangle Lawyers Chapter of the Federalist Society

# Craig D. Schauer

**Commercial Litigator**

**Schauer & Shelton LLP** | cschauer@schauershelton.com | (919) 651-4439 | Firm Biography

## PRACTICE AND EXPERIENCE

Craig Schauer represents businesses in complex civil and regulatory disputes in state and federal courts, arbitration proceedings, and administrative agencies. His matters have involved contractual relationships, constitutional rights, class actions, unfair competition, government regulation, defamation, and other commercial issues.

His work spans healthcare, construction, professional sports, nonprofit organizations, franchises, energy, financial services, public utilities, and state and local government. He regularly argues appeals before the Supreme Court of North Carolina, the North Carolina Court of Appeals, and the U.S. Court of Appeals for the Fourth Circuit. He also represents businesses before the North Carolina Utilities Commission and advises clients on campaign-finance and election-law matters.

## PRIOR EXPERIENCE

- **Law Clerk** to Associate Justice Paul M. Newby, Supreme Court of North Carolina (2010–2011)
- **Law Clerk** to Judge James C. Dever III, U.S. District Court for the Eastern District of North Carolina (2011–2012)

## EDUCATION

**Duke University School of Law**, J.D., 2010, magna cum laude; Order of the Coif; Managing Editor, *Law and Contemporary Problems*; DeHoff/Arnold Endowed Legal Scholar

**University of North Carolina at Chapel Hill**, B.A., 2005, with distinction; Chairman of Honor Court

## SELECTED HONORS

- The Best Lawyers in America — Commercial Litigation (2021–2025) and First Amendment Litigation (2024–2025)
- Super Lawyers — Super Lawyer (2024–2026); Rising Star (2019–2020)
- Benchmark Litigation — “40 & Under Hot List” (2020–2021); “Litigation Future Star” (2025)
- Business North Carolina Legal Elite — Young Guns (2019)

## SELECTED PROFESSIONAL SERVICE

- Appointee, Chief Justice’s Commission on Professionalism (2023–present)
- Member, State Judicial Council (2021–present)