**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:25-cv-481**

| | |
|---|---|
| PHILIP SCHWAB, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE d/b/a RTI INTERNATIONAL,<br><br>Defendant. | **SUPPLEMENTAL DECLARATION OF J. GERARD STRANCH, IV, IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, J. Gerard Stranch, IV, am over the age of eighteen years. I offer this supplemental declaration in my capacity as one of the attorneys for Plaintiff Philip Schwab ("Plaintiff"), in the above-styled action, in support of his Unopposed Motion for Preliminary Approval of Class Settlement (Doc. 44). I have personal knowledge of the facts recited in this supplemental declaration, and if called upon to testify to the truth of the statements below, I could and would do so:

1. This declaration supplements my declaration dated October 8, 2026 ("Initial Declaration"), located at Doc. 46.

2. Under Section 16 of the Settlement Agreement (Doc. 46-5), the Settlement Administrator will provide Class Notice to the Settlement Class using three methods: (a) by creating and maintaining a static website at a URL agreed to by the Parties, on which a detailed notice shall be posted; (b) by sending a summary postcard notice to the Settlement

Class by mail; and (c) by sending notice to the Settlement Class by email, if email addresses are available.

3. My Initial Declaration attached the form of the detailed notice as Exhibit 6, located at Doc. 46-6.

4. A form of the summary postcard notice is attached here as Exhibit 8.

5. Section 16 of the Settlement Agreement does not specify whether the detailed notice or the summary postcard notice will be sent to the Settlement Class by email. For clarification, the content of the summary postcard notice will be emailed to the Settlement Class.

6. Finally, and also for clarification, the detailed notice contains a placeholder for the estimated share of the settlement proceeds for each Settlement Class Member. This estimated share will be included in the summary postcard notice mailed to the Settlement Class and in the email notice. The placeholder will not be filled in on the detailed notice, because the detailed notice will be posted to the static website maintained by the Settlement Administrator and is not mailed or emailed to the Settlement Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of November, 2026, in Nashville, Tennessee.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR #23045)

## CERTIFICATE OF SERVICE

I hereby certify on November 6, 2026, a true and correct copy of the foregoing Supplemental Declaration was filed with the Clerk via the Court's CM/ECF filing system and in turn served a copy of the foregoing to all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR #23045)
Michael C. Tackeff (TN BPR #036953)*
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*/s/ Troy Shelton*
Troy D. Shelton
N.C. Bar No. 48070
**SCHAUER & SHELTON LLP**
13200 Strickland Rd.
Suite 114-329
Raleigh, NC 27613
984-231-6687
Fax: 984-231-6687
tshelton@schauershelton.com

*Counsel for Plaintiff*