# Exhibit 8

**<u>Court Approved Legal Notice</u>**

United States District Court for the Middle District of North Carolina
*Philip Schwab v. Research Triangle Institute*
Case No. 1:25-cv-00481-LAF-JEP

**Please read this notice carefully. You may be entitled to money from a class action settlement. This notice explains your rights and options.**

*A court has authorized this Notice.*
*This is not a solicitation from a lawyer.*

PRESORTED
First Class
US Postage
PAID

*Schwab v. Research Triangle Institute*
PO Box 19504
Irvine, CA 92623

ELECTRONIC SERVICE REQUESTED

CPT ID: «ID»
«EmployeeName»
«Address1» «Address2»
«City», «State» «Zip»

**Why did I Receive this Notice?** You are receiving this Notice because Research Triangle Institute ("Defendant") has records showing that you were laid off within ninety days of June 3, 2025 and are a Settlement Class Member in this class action lawsuit. You have a right to know about a proposed settlement of this lawsuit, and about your rights and options, before the Court decides whether to grant final approval of the settlement.

**What is the lawsuit about?** Plaintiff Philip Schwab filed this lawsuit on behalf of himself and other employees alleging that Defendant violated the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. § 2101, et seq. Defendant denies all allegations and maintains that it did not violate the WARN Act. The Court has not decided who is right.

**What Does the Settlement Provide?** Defendant has agreed to pay a Gross Settlement Amount of $150,000.00, which will be used to pay Settlement Class Members, Attorneys' Fees and Costs, a Service Award to Plaintiff, and Settlement Administrator's Expenses. Each Settlement Class Member's settlement share will be determined by an allocation plan developed by Settlement Class Counsel with Court approval. Your estimated settlement share is: $[amount]. This amount may be higher or lower based on Court rulings related to fees, costs, enhancements, and other factors.

**What are my Legal Rights and Options?**

- **Do Nothing:** You will receive a cash payment. You will also remain in the Settlement Class and forfeit your right to sue or bring any claim against Defendant related to the lawsuit as outlined in the Settlement Agreement.
- **Exclude Yourself by [Deadline]**: If you ask to be excluded, you will not receive a cash payment, but you preserve your right to file your own individual lawsuit against Defendant for the claims being resolved by this settlement. This is the only option that leaves you the right to file your own lawsuit against Defendant for these claims.
- **Object by [Deadline]**: You can remain in the Settlement Class and file an objection telling the Court why you do not like the settlement. If your objections are overruled, you will be bound by the settlement.

For more information, including how to object or exclude yourself and to read the full terms of the release, visit www.cptgroupcaseinfo.com/[CaseWebsite].

The Court will hold a Final Approval Hearing at [Time], on [Date]. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate and decide whether to approve the settlement, Settlement Class Counsel's application for Attorneys' Fees and Costs, the Service Award to Plaintiff, and Settlement Administrator's Expenses. If there are objections, the Court will consider them.

This notice is a summary. The Settlement Agreement, a detailed notice, and more information about the lawsuit and settlement are available at www.cptgroupcaseinfo.com/[CaseWebsite]. If you have questions, call toll-free [1-888-xxx-xxxx].